1  VALERIE VANAMAN, SBN 42406
   GEORGE D. CROOK, SBN 60889
2  **NEWMAN AARONSON VANAMAN**
   14001 Ventura Boulevard
3  Sherman Oaks, CA 91423
   Telephone: (818) 990-7722
4  Facsimile: (818) 501-1306

5  Attorneys for Plaintiffs
   H.B., by and through his Guardian
6  Ad Litem PENNY B.; PENNY B.

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12

13  H.B., by and through his Guardian Ad  ) CASE NO. CV 04-8572 FMC (SSx)
    Litem PENNY B.; PENNY B.,             )
14                                        ) **DECLARATION OF NATIVIDAD**
                Plaintiffs,               ) **F. CHAVIRA IN SUPPORT OF**
15                                        ) **PLAINTIFFS' NOTICE OF**
    vs.                                   ) **MOTION AND MOTION FOR**
16                                        ) **ATTORNEYS' FEES AND**
                                          ) **COSTS**
17                                        )
    LAS VIRGENES UNIFIED SCHOOL           ) DATE: May 12, 2008
18  DISTRICT, ET AL.,                     ) TIME: 10:00 A.M.
                                          ) CTRM: 750
19              Defendants.               )
    _____)

20

21

22

23

24

25

26

27

28

---

Declaration of Natividad F. Chavira in Support of Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs

1  VALERIE VANAMAN, SBN 42406
   GEORGE D. CROOK, SBN 60889
2  NEWMAN AARONSON VANAMAN
   14001 Ventura Boulevard
3  Sherman Oaks, CA 91423
   Telephone: (818) 990-7722
4  Facsimile: (818) 501-1306

5  Attorneys for Plaintiffs
   H.B., by and through his Guardian
6  Ad Litem PENNY B.; PENNY B.

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12

13  H.B., by and through his Guardian Ad   ) CASE NO. CV 04-8572 FMC (SSx)
    Litem PENNY B.; PENNY B.,              )
14                                         ) DECLARATION OF NATIVIDAD
                   Plaintiffs,             ) F. CHAVIRA IN SUPPORT OF
15                                         ) PLAINTIFFS' NOTICE OF
    vs.                                    ) MOTION AND MOTION FOR
16                                         ) ATTORNEYS' FEES AND
                                           ) COSTS
17  LAS VIRGENES UNIFIED SCHOOL            ) DATE: May 12, 2008
    DISTRICT, ET AL.,                      ) TIME: 10:00 A.M.
18                                         ) CTRM: 750
                   Defendants.             )
19                                         )

20  ─────────────────────────────────────

21       I, NATIVIDAD F. CHAVIRA, declare:

22       1.      I am an attorney at law authorized to practice before this Court. I make

23  this Declaration in support of the accompanying motion for attorneys' fees.

24       2.      I graduated from St. John's Seminary College in Camarillo, California,

25  where I was the student body president my senior year, in 1964 with a Bachelor of

26  Arts major in Scholastic Philosophy and a minor in English Literature. I then earned

27  a Master of Arts Degree in Theology from St. John's Graduate School of Theology

28  in 1967, graduating cum laude in Moral Theology. (At the time, I planned to become

Declaration of Natividad F. Chavira in Support of Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs

1  a Catholic priest; after service as a deacon, I changed my mind in 1969.)

2  3. I taught at Salesian High School in East Los Angeles from 1969 to 1971.

3  4. In 1971 I joined the "McGovern for President" campaign as Southwestern States Regional Coordinator with the responsibility of coordinating campaign activities in the five southwestern states of California, Texas, Arizona, New Mexico and Nevada. I was also given responsibility for campaign activities in Nebraska. In 1972, immediately following Senator George McGovern's nomination for President of the United States at the Democratic National Convention in Miami Beach, Florida, I left the campaign to enter law school.

5. Between 1972 and 1975, I attended Loyola University of Los Angeles School of Law. I was on the Dean's List during my second and third years, received a Loyola Law School Scholarship for Marked Excellence in the Study of Law, and became a Student Director in the Center for Parental and Juvenile Justice, a clinical program defending parents before the Superior Court in Los Angeles County.

6. Following my graduation from Loyola in 1975, I joined the office of the Orange County Counsel. While at the County Counsel's office, I represented the Orange County Department of Social Services and the Orange County Office of the Public Guardian/Conservator, including litigation almost every day for two years. I then represented the Orange County Board of Supervisors, Environmental Management Agency and Planning Commission in matters of land use and housing law until 1980. During this latter time I wrote the first Inclusionary Housing Ordinance for a municipality in the State of California requiring all residential developers to provide for low and moderate-income homebuyers as a condition of development. I managed more than twenty-five private sector attorneys working with the Chair of the Board of Supervisors to develop a strategy for the Ordinance.

7. In 1980 I joined the Law Department of the Unocal Corporation. I initially represented a Unocal subsidiary, Unocal Land and Development Company, which purchased, developed and sold residential and commercial properties. During

my first seven years at Unocal, I became a registered lobbyist and Chair of a commercial property association, the Center City West Association of Los Angeles City, representing owners of properties immediately west of the Harbor Freeway in the center city of Los Angeles which were valued in excess of $700 million. I appeared before various city and state regulatory commissions and agencies (California State and Los Angeles City Departments of Transportation, Los Angeles City Planning Commission, Planning Department and City Council) representing both Unocal and/or the Center City West Association. Ultimately, I was responsible for the confirmation and maintenance of land use entitlements for the Unocal world headquarters property in the City of Los Angeles that resulted in an extraordinarily high yield sale of the headquarters for $205,000,000.

8. In 1987 I was promoted to Associate General Counsel for Unocal. In 1990 I was promoted to Deputy General Counsel and managed a ten member staff providing real estate and land use legal counsel to all Unocal subsidiaries developing and marketing real estate in California, Washington State and Illinois. The same year I became a member of the three person negotiating team managing all legal and business aspects of the $205 million sale of the Unocal Corporate Headquarters in Los Angeles. In 1992 I became responsible for Unocal employment law matters and managed all personnel matters for the United States side of the Unocal Law Department.

9. In 1994 I became Senior Deputy General Counsel for Unocal and General Counsel for the Diversified Business Group of Unocal. This promotion involved management of a thirty member law department and many private sector legal counsel throughout the United States providing legal counsel to six major Unocal operations and subsidiaries: Engineering & Construction (planning, constructing and operating international, complex, energy facilities), Real Estate (developing and marketing residential and commercial real estate), Remediation

Technology (cleaning environmental contamination throughout the United States), Carbon & Minerals (mining operations producing rare earths, molybdenum and graphite), Agricultural Products (producing fertilizers for U. S. And Asian Pacific Rim markets) and Alaska Resources (producing natural gas). During this time I became principally responsible for Unocal's environmental insurance recovery program personally negotiating with Lloyds of London and other major American insurance companies for recovery of funds expended by Unocal for environmental cleanup of hundreds of properties. I was presented with the Unocal Chairman's Award for directly negotiating recovery of over $135 million from these international and domestic insurance institutions.

10. In 2004 I was the recipient of two Pro Bono Counsel of the Year Awards. One was presented by the State Bar of California for the Corporate category and the other by the California Chapter of the Association of Corporate Counsel America.

11. Between 1984 and 2000, I was a member of the following committees, boards and associations:

1984 - 1994: Chair - Center City West Association. This is an association of owners of commercial property in the center city west of Los Angeles valued in excess of $700 million. During this time I also served as Chair of the key Implementation and Planning Committees of CCWA.

1986 - 1992: Member of St. John's Seminary College Board of Trustees. A St. John's is a small liberal arts college in Camarillo, California dedicated to the education of men in Scholastic Philosophy and Biblical, Dogmatic and Moral Theology in preparation for the Roman Catholic Priesthood.

1990 - 1991: Member of the Los Angeles City Centers Planning Committee. This committee was convened by the President of the Los Angeles City

Planning Commission to assist in planning the future infrastructure configuration of the City.

1990 - 1998: Chair (1990 - 1995) Salesian High School Advisory Board. Salesian is an inner-city parochial, high school in the Boyle Heights area of Los Angeles. The Board managed to keep the school open, to offer scholarships to low-income students and to secure property and build necessary sports facilities (football stadium and basketball gymnasium).

1994 - 2000: Member and 1994-1996 Chair of Justice and Peace Commission for the Roman Catholic Archdiocese of Los Angeles. The Commission was established to assist the Archbishop of Los Angeles as well as the local Catholic Church generally, in articulating and applying the Church's principles of social justice in the Archdiocese.

1999 - 2001: Member of the Industrial Areas Foundation in Los Angeles - Chair of Finance Committee. This is a community organizing agency dedicated to educating and mobilizing low-income communities to campaign for economic and social justice. I was also a member of the Sponsoring Committee of thirty-five community leaders developing a metropolitan-wide strategy.

12. Between 1992 and 2000, I was either Chair or a speaker at the following conferences:

1992: The Unocal Law Department Legal Education Retreat - Unbundling Legal and Administrative Services. Lake Arrowhead, CA. Chair: three day conference

1993: The Unocal Law Department Continuing Education of the Bar Conference. Lake Arrowhead, California. Chair: three day conference

1994: The Unocal Corporate Law Conference: Legal Ethics, Opinions and Controlling Legal Fees. Lake San Marcos, California. Panel Speaker

2000: Minority Corporate Counsel Conference: Leveraging Diversity in the New Economy. San Francisco, California. Plenary Session Speaker - The Corporate Fast Track.

13. I retired from Unocal in May, 2004. Since then I have associated with Newman Aaronson Vanaman on at least six matters involving due process proceedings under the Individuals With Disabilities Education Act. One of them was the instant matter; another was *Student v. Alhambra Unified School District*, SN 04-02923 and *Alhambra Unified School District v. Student*, SN 04-02278, which settled on the fourth day of the hearing; another was *R.B. ex rel. F.B. v. Napa Valley Unified School Dist.*, 496 F.3d 932, 943 (9th Cir. 2007); the other two were due process proceedings before the California Office of Administrative Hearings which settled at mediation.

14. In mid 2006, together with a special education parent advocate and office manager, I established Justice In Education ("JIE"), a 501(c)(3) non-profit corporation, to educate and advocate for parents and guardians of children with disabilities. I am President and General Counsel of JIE. Since it's formation, JIE has helped over 100 children with disabilities by facilitating collaboration between parents/guardians and school districts in Los Angeles and Orange Counties to develop appropriate Individual Education Programs, enter into settlement agreements and otherwise create channels of communication on behalf of their children with disabilities. I handled approximately 40 of these matters personally and have had oversight responsibility for the rest.

15. I attended the hearing in this matter and met with Ms. Vanaman and Mr. Crook following each day of hearing to prepare for the next day. However, I am not seeking any compensation for that time. I am asking for 20 hours of fees at the rate of $400.00 an hour for time I spent assisting in researching and drafting Appellees' Brief in the Ninth Circuit. Mr. Crook asked me to do research to assist in the development of an argument that the District was estopped from arguing that the parties had agreed in September, 2002 to return H.B. to the District following the 2002-2003 school year. Mr. Crook asked me for my assistance in this regard in March, 2006, and I would estimate that I spent at least 60 hours in connection with this research and in assisting in the drafting of Appellees' Brief. However, my time records were misplaced when we began JIE, and I have not been able to locate them. Thus, I request 20 hours of compensation, which represents a number of which I am completely positive and to which I can very comfortably testify in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April, 2008, at Fullerton, California.

_Natividad F. Chavira_
Natividad F. Chavira

Declaration of Natividad F. Chavira in Support of Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs