

1  VALERIE VANAMAN, SBN 42406
   GEORGE D. CROOK, SBN 60889
2  **NEWMAN.AARONSON.VANAMAN**
   14001 Ventura Boulevard
3  Sherman Oaks, CA 91423
   Telephone: (818) 990-7722
4  Facsimile: (818) 501-1306

5  Attorneys for Plaintiffs
   H.B., by and through his Guardian
6  Ad Litem PENNY BERRY; PENNY BERRY

7
                    **UNITED STATES DISTRICT COURT**
8
                   **CENTRAL DISTRICT OF CALIFORNIA**
9
                         **WESTERN DIVISION**
10

11 H.B., by and through his Guardian Ad     ) CASE NO. CV 04-8572 FMC (SSx)
   Litem PENNY BERRY; PENNY             )
12 BERRY                                ) **REQUEST FOR JUDICIAL**
                                        ) **NOTICE**
13                         Plaintiffs,  )
                                        )
14 vs.                                  )
                                        )
15 LAS VIRGENES UNIFIED SCHOOL          ) DATE:  May 12, 2008
   DISTRICT;                            ) TIME:  10:00 a.m.
16                                      ) CTRM:  750
                                        )
17                        Defendants.   )
                                        )
18
          Plaintiffs hereby request the Court to take judicial notice of the following
19
   pursuant to Rule 201(b) and (d) of the Federal Rules of Evidence:
20

21        1.    Exhibits "D" and "E" to the September 8, 2005 Declaration of George
22 D. Crook in Support of Plaintiffs' Notice of Motion and Motion for Attorneys'
23 Fees and Expenses filed in this Court on September 8, 2005.
24

25        2.    The September 8, 2005 Declaration of Thomas J. Nolan filed in
26 support of Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and
27 Expenses filed in this Court on September 8, 2005.  A true and correct copy is
28

1    attached hereto as Exhibit "F."

2

3        3.      Exhibit "H" to the September 26, 2005 Supplemental Declaration of

4    George D. Crook in Support of Plaintiffs' Reply to Defendant's Opposition to

5    Motion for Attorneys' Fees and Expenses filed in this Court on September 26,

6    2005.

7

8        4.      This Court's October 20, 2005 Order Granting Plaintiffs' Motion for

9    Attorneys' Fees and Costs.  A true and correct copy is attached hereto as

10   Exhibit "I."

11

12                                              Respectfully submitted,

13                                              NEWMAN AARONSON VANAMAN

14
     Dated: April 17, 2008                      By_____
15                                                  George D. Crook
16                                                  Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit D

**I  /VMAN AARONSON VANAMAN**

9/07/2005

**Detailed Billing History**                                    Page      1

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 5/25/2004 | Valerie Vanaman | Obtain copy of registered page | 1.00 | 10.00 | 10.00 |
| 6/14/2004 | George D. Crook | Fax transmittal sent to Charles Weatherly | 2.00 | 1.00 | 2.00 |
| 6/20/2004 | Valerie Vanaman | Fax transmittal sent to Charles Weatherly | 7.00 | 1.00 | 7.00 |
| 6/21/2004 | George D. Crook | Fax transmittal sent to Charles Weatherly | 2.00 | 1.00 | 2.00 |
| 6/21/2004 | Valerie Vanaman | Photocopies | 19.00 | 0.15 | 2.85 |
| 6/23/2004 | George D. Crook | Fax transmittal sent to Charles Weatherly | 62.00 | 1.00 | 62.00 |
| 6/23/2004 | George D. Crook | Fax transmittal sent to SEHO | 62.00 | 1.00 | 62.00 |
| 6/24/2004 | Valerie Vanaman | Photocopies | 4.00 | 0.15 | 0.60 |
| 6/24/2004 | Valerie Vanaman | Fax transmittal sent to Penny Berry | 3.00 | 1.00 | 3.00 |
| 6/25/2004 | George D. Crook | Fax transmittal sent to Charles Weatherly | 2.00 | 1.00 | 2.00 |
| 6/29/2004 | George D. Crook | Fax transmittal sent to SEHO | 2.00 | 1.00 | 2.00 |
| 6/29/2004 | George D. Crook | Fax transmittal sent to Charles Weatherly | 2.00 | 1.00 | 2.00 |
| 7/01/2004 | George D. Crook | Photocopies | 3.00 | 0.15 | 0.45 |
| 7/01/2004 | Valerie Vanaman | Fax transmittal sent to C. Weatherly | 3.00 | 1.00 | 3.00 |
| 7/02/2004 | George D. Crook | Photocopies | 59.00 | 0.15 | 8.85 |
| 7/03/2004 | George D. Crook | Photocopies | 13.00 | 0.15 | 1.95 |
| 7/05/2004 | George D. Crook | Fax transmittal sent to Charles Weatherly | 4.00 | 1.00 | 4.00 |
| 7/08/2004 | Valerie Vanaman | Photocopies | 45.00 | 0.15 | 6.75 |
| 7/08/2004 | Valerie Vanaman | Fax transmittal sent to SEHO | 2.00 | 1.00 | 2.00 |
| 7/08/2004 | Valerie Vanaman | Federal Express package sent to Charles Weatherly | 1.00 | 25.81 | 25.81 |
| 7/08/2004 | Valerie Vanaman | Federal Express package sent to SEHO | 1.00 | 22.61 | 22.61 |
| 7/09/2004 | Valerie Vanaman | Federal Express package sent to SEHO | 1.00 | 61.67 | 61.67 |
| 7/09/2004 | Valerie Vanaman | Fax transmittal sent to Charles Weatherly | 8.00 | 1.00 | 8.00 |
| 7/09/2004 | Valerie Vanaman | Fax transmittal sent to SEHO | 8.00 | 1.00 | 8.00 |
| 7/09/2004 | Valerie Vanaman | Fax transmittal sent to Charles Weatherly | 1.00 | 1.00 | 1.00 |

EXHIBIT   _D_

3

NEWMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**                                          Page        2

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 7/09/2004 | Valerie Vanaman | Fax transmittal sent to SEHO | 1.00 | 1.00 | 1.00 |
| 7/09/2004 | Valerie Vanaman | Fax transmittal sent to C. Weatherly | 1.00 | 1.00 | 1.00 |
| 7/09/2004 | Valerie Vanaman | Fax transmittal sent to SEHO | 1.00 | 1.00 | 1.00 |
| 7/12/2004 | Valerie Vanaman | Federal Express package sent to Sandra Kaler | 1.00 | 13.24 | 13.24 |
| 7/13/2004 | Valerie Vanaman | Federal Express package sent to Alicia Elliott | 1.00 | 13.24 | 13.24 |
| 7/13/2004 | Valerie Vanaman | Federal Express package sent to Robert Patterson | 1.00 | 13.24 | 13.24 |
| 7/13/2004 | Valerie Vanaman | Fax transmittal sent to Charles Weatherly | 9.00 | 1.00 | 9.00 |
| 7/13/2004 | Valerie Vanaman | Fax transmittal sent to SEHO | 9.00 | 1.00 | 9.00 |
| 7/13/2004 | George D. Crook | Kinkos - Blow up maps and mount | 1.00 | 228.35 | 228.35 |
| 7/14/2004 | Valerie Vanaman | Fax transmittal sent to C. Weatherly | 2.00 | 1.00 | 2.00 |
| 7/14/2004 | Valerie Vanaman | Fax transmittal sent to C. Weatherly | 2.00 | 1.00 | 2.00 |
| 7/14/2004 | Valerie Vanaman | Fax transmittal sent to M. Schillinger | 2.00 | 1.00 | 2.00 |
| 7/14/2004 | Valerie Vanaman | Fax transmittal sent to S. Kaler | 13.00 | 1.00 | 13.00 |
| 7/15/2004 | Valerie Vanaman | Photocopies | 180.00 | 0.15 | 27.00 |
| 7/15/2004 | Valerie Vanaman | Photocopies | 948.00 | 0.15 | 142.20 |
| 7/15/2004 | Valerie Vanaman | Photocopies | 1,559.00 | 0.15 | 233.85 |
| 7/15/2004 | Valerie Vanaman | Photocopies | 5,536.00 | 0.15 | 830.40 |
| 7/15/2004 | Valerie Vanaman | Photocopies | 32.00 | 0.15 | 4.80 |
| 7/17/2004 | Valerie Vanaman | Photocopies | 3,280.00 | 0.15 | 492.00 |
| 7/18/2004 | Valerie Vanaman | Photocopies | 3,065.00 | 0.15 | 459.75 |
| 7/19/2004 | Valerie Vanaman | Fax transmittal sent to C. Weatherly | 2.00 | 1.00 | 2.00 |
| 7/19/2004 | Valerie Vanaman | Fax transmittal sent to C. Weatherly | 2.00 | 1.00 | 2.00 |
| 7/19/2004 | Valerie Vanaman | Federal Express package sent to Alicia Elliott | 1.00 | 36.78 | 36.78 |
| 7/20/2004 | Valerie Vanaman | Photocopies | 176.00 | 0.15 | 26.40 |
| 7/21/2004 | Valerie Vanaman | Reproduction of records | 1.00 | 231.25 | 231.25 |

EXHIBIT

4

# NWMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**

Page    3

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 7/22/2004 | George D. Crook | Fax transmittal sent to SEHO | 5.00 | 1.00 | 5.00 |
| 7/22/2004 | George D. Crook | Fax transmittal sent to Charles Weatherly | 5.00 | 1.00 | 5.00 |
| 7/23/2004 | Valerie Vanaman | Photocopies | 3,106.00 | 0.15 | 465.90 |
| 7/23/2004 | Valerie Vanaman | Photocopies | 1.00 | 0.15 | 0.15 |
| 7/26/2004 | Valerie Vanaman | Photocopies | 6.00 | 0.15 | 0.90 |
| 7/31/2004 | Valerie Vanaman | Now Messenger Service - delivered to Sandra Kaler | 1.00 | 49.50 | 49.50 |
| 8/01/2004 | George D. Crook | Expert Fees for Sandra Kaler, R.N., Ph.D. | 1.00 | 2,000.00 | 2,000.00 |
| 8/02/2004 | Valerie Vanaman | Photocopies | 30.00 | 0.15 | 4.50 |
| 8/04/2004 | Valerie Vanaman | Photocopies | 171.00 | 0.15 | 25.65 |
| 8/05/2004 | Valerie Vanaman | Photocopies | 47.00 | 0.15 | 7.05 |
| 8/09/2004 | Valerie Vanaman | Photocopies | 1.00 | 0.15 | 0.15 |
| 8/09/2004 | Valerie Vanaman | Photocopies | 147.00 | 0.15 | 22.05 |
| 8/13/2004 | George D. Crook | Fax transmittal sent to Charles Weatherly | 2.00 | 1.00 | 2.00 |
| 9/01/2004 | Valerie Vanaman | Photocopies | 104.00 | 0.15 | 15.60 |
| 9/01/2004 | Valerie Vanaman | Fax transmittal sent to S. Kaler | 27.00 | 1.00 | 27.00 |
| 9/01/2004 | George D. Crook | Fax transmittal sent to Sandra Kaler | 6.00 | 1.00 | 6.00 |
| 9/08/2004 | Valerie Vanaman | Photocopies | 52.00 | 0.15 | 7.80 |
| 9/08/2004 | Valerie Vanaman | Fax transmittal sent to B Yates | 27.00 | 1.00 | 27.00 |
| 9/10/2004 | Valerie Vanaman | Photocopies | 26.00 | 0.15 | 3.90 |
| 9/27/2004 | Valerie Vanaman | Photocopies | 11.00 | 0.15 | 1.65 |
| 2/14/2005 | George D. Crook | LexisNexis Research | 1.00 | 165.00 | 165.00 |
| 2/17/2005 | George D. Crook | LexisNexis Research | 1.00 | 69.71 | 69.71 |
| 3/11/2005 | George D. Crook | Fax transmittal sent to Howard Fulfrost | 6.00 | 1.00 | 6.00 |
| 3/11/2005 | George D. Crook | Fax transmittal sent to Charles Weatherly | 6.00 | 1.00 | 6.00 |

EXHIBIT

# BOWMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**

Page 4

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:  BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 3/11/2005 | George D. Crook | Fax transmittal sent to Christy Calbos | 6.00 | 1.00 | 6.00 |
| 3/14/2005 | George D. Crook | Fax transmittal sent to Howard Fulfrost | 6.00 | 1.00 | 6.00 |
| 5/18/2005 | George D. Crook | Federal Express package sent to George D. Crook | 1.00 | 80.68 | 80.68 |
| 7/05/2005 | George D. Crook | Photocopies | 10.00 | 0.15 | 1.50 |
| 8/08/2005 | George D. Crook | Expert Fees for Robert L. Kehr, Esq. | 1.00 | 1,500.00 | 1,500.00 |
| 9/07/2005 | George D. Crook | Expert Fees for Bodil Sivertsen Ph.D. | 1.00 | 10,000.00 | 10,000.00 |
| | | | | **Sub-Total** | **$17,625.73** |
| 6/01/2004 | George D. Crook | Teleconferences with Mrs. Berry, Ms. Vanaman and opposing counsel re: issues to be addressed in IEP meeting tomorrow | 1.00 | 430.00 | 430.00 |
| 6/02/2004 | John W. Chan | Travel and appearance at IEP | 6.00 | 130.00 | 780.00 |
| 6/02/2004 | George D. Crook | Attend IEP meeting (6.00); interview Elliott Institute personnel who work with Howard re: issues and background (2.00) | 8.00 | 430.00 | 3,440.00 |
| 6/16/2004 | George D. Crook | Receive and reply to correspondence from Mr. Weatherly yesterday (1.00); teleconferences with Mrs. Berry and Ms. Vanaman re: meeting in response to Mr. Weatherly letter (.30) | 1.30 | 430.00 | 559.00 |
| 6/16/2004 | Valerie Vanaman | Review letter re: "clarification" of IEP | 1.10 | 430.00 | 473.00 |
| 6/18/2004 | George D. Crook | Teleconference with Mr. Weatherly re: hearing dates and stay put; research re: stay put and office conference with Mr. Tovmassian re: same | 0.50 | 430.00 | 215.00 |
| 6/18/2004 | Henry Tovmassian | Conference with Mr. Crook and research for stay put motion | 3.00 | 390.00 | 1,170.00 |
| 6/19/2004 | George D. Crook | Meeting with Mrs. Berry and Ms. Vanaman re: settlement; prepare letter to Mr. Weatherly re: same | 3.50 | 430.00 | 1,505.00 |
| 6/19/2004 | Valerie Vanaman | Meeting with Mrs. Berry and Mr. Crook re: settlement; prepare letter to Mr. Weatherly re: same | 3.50 | 430.00 | 1,505.00 |
| 6/20/2004 | Valerie Vanaman | Meeting with Mr. Crook and teleconferences with Mrs. Berry and Dr. Elliott re: settlement | 1.50 | 430.00 | 645.00 |
| 6/20/2004 | George D. Crook | Meet with Ms. Vanaman and teleconferences | 2.00 | 430.00 | 860.00 |

EXHIBIT ___D___

**NEWMAN AARONSON VANAMAN**

9/07/2005

**Detailed Billing History**                                        Page      5

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| | | with Mrs. Berry and Dr. Elliott re: settlement and edit letter to Mr. Weatherly re: same | | | |
| 6/20/2004 | Valerie Vanaman | Meeting with client re: IEP and District offer; preparation of proposal for resolution to District | 2.50 | 430.00 | 1,075.00 |
| 6/21/2004 | Valerie Vanaman | Review District's request for Due Process filing | 1.00 | 430.00 | 430.00 |
| 6/21/2004 | George D. Crook | Teleconference w/ Ms. Calvos re: status (.30); prepare stay put motion (2.50) | 2.80 | 430.00 | 1,204.00 |
| 6/24/2004 | Valerie Vanaman | Review letter from counsel for District rejecting any potential for settlement | 1.00 | 430.00 | 430.00 |
| 6/25/2004 | Valerie Vanaman | Research re: challenge to District offer | 1.10 | 430.00 | 473.00 |
| 6/26/2004 | George D. Crook | Teleconference with Mr. Weatherly re: settlement terms and conference w/ Ms. Vanaman re: same | 1.00 | 430.00 | 430.00 |
| 6/28/2004 | Valerie Vanaman | Office conference with co-counsel and telephone call with opposing counsel | 2.10 | 430.00 | 903.00 |
| 6/29/2004 | George D. Crook | Teleconference with Mr. Weatherly re: settlement and w/ Ms. Vanaman and Mr. Weatherly re: same; subsequent conference w/ Ms. Vanaman re: options | 2.00 | 430.00 | 860.00 |
| 6/29/2004 | Valerie Vanaman | Review letter from counsel for District explaining why no resolution is possible; conference with Mr. Crook | 1.10 | 430.00 | 473.00 |
| 6/30/2004 | Valerie Vanaman | Telephone call with client and potential witnesses | 1.20 | 430.00 | 516.00 |
| 7/01/2004 | John W. Chan | Research and shepardize cited cases for Stay Put Motion | 1.70 | 130.00 | 221.00 |
| 7/01/2004 | Valerie Vanaman | Preparation of letter to Mr. Weatherly with Mr. Crook | 1.00 | 430.00 | 430.00 |
| 7/07/2004 | Valerie Vanaman | Conference with client; preparation of Notice of Witnesses and Exhibits; | 4.50 | 430.00 | 1,935.00 |
| 7/08/2004 | Valerie Vanaman | Further work on evidence and identification of witnesses | 1.30 | 430.00 | 559.00 |
| 7/08/2004 | Betty Gonzalez | Assembled evidence pack | 3.50 | 80.00 | 280.00 |

EXHIBIT    D

# WMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**

Page      6

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 7/08/2004 | Antonia Perez | Documentation, organization and preparation for hearing | 7.50 | 130.00 | 975.00 |
| 7/08/2004 | George D. Crook | Prepare reply to stay put opposition; teleconference with Mr. Weatherly re settlement | 5.50 | 430.00 | 2,365.00 |
| 7/09/2004 | Antonia Perez | Documentation, organization and preparation for hearing | 6.25 | 130.00 | 812.50 |
| 7/09/2004 | George D. Crook | Prepare reply to Stay Put opposition | 4.00 | 430.00 | 1,720.00 |
| 7/09/2004 | Valerie Vanaman | Review correspondence from District re: refusal to abide by agreement on evidence packet; work on preparation of additional evidence filing | 6.30 | 430.00 | 2,709.00 |
| 7/10/2004 | Valerie Vanaman | Review correspondence from opposing counsel; begin review of documents submitted by District; correspondence with opposing counsel | 5.80 | 430.00 | 2,494.00 |
| 7/10/2004 | George D. Crook | Prepare reply to Opposition to Stay Put Motion | 3.00 | 430.00 | 1,290.00 |
| 7/10/2004 | Valerie Vanaman | Letter to opposing counsel re: witnesses | 0.60 | 430.00 | 258.00 |
| 7/10/2004 | Valerie Vanaman | Review letter from opposing counsel re: witnesses, and prior correspondence re: same | 1.10 | 430.00 | 473.00 |
| 7/11/2004 | Valerie Vanaman | Continue review of District documents; research re: experts | 7.00 | 430.00 | 3,010.00 |
| 7/12/2004 | Betty Gonzalez | Prepare additional evidence packets | 1.50 | 80.00 | 120.00 |
| 7/12/2004 | Valerie Vanaman | Continue preparation for hearing; conference with potential witness; review letters and filing from attorney for District; research re: opposing counsel and witness connection | 7.90 | 430.00 | 3,397.00 |
| 7/12/2004 | John W. Chan | Research testimony of Dr. Freeman | 0.30 | 130.00 | 39.00 |
| 7/12/2004 | Antonia Perez | Documentation, organization and preparation for hearing | 6.75 | 130.00 | 877.50 |
| 7/12/2004 | George D. Crook | Office conference with Ms. Vanaman re: strategy and options and teleconference with Mr. Weatherly re: settlement | 2.50 | 430.00 | 1,075.00 |
| 7/13/2004 | George D. Crook | Review and review letter from Mr. Weatherly to SEHO; reply to same | 1.50 | 430.00 | 645.00 |
| 7/13/2004 | Valerie Vanaman | Review letter from opposing counsel re: witness identification and other procedural matters | 0.80 | 430.00 | 344.00 |

EXHIBIT _D_

NEWMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**                                    Page        7

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 7/13/2004 | Antonia Perez | Organization and preparation of documents for hearing | 7.00 | 130.00 | 910.00 |
| 7/13/2004 | John W. Chan | Research rules of court re: Motions in Limine | 0.20 | 130.00 | 26.00 |
| 7/13/2004 | Maria Austin | Research case law for hearing preparation | 3.90 | 130.00 | 507.00 |
| 7/13/2004 | Bobbie Westil | Cross referencing and review of evidence packet | 6.00 | 130.00 | 780.00 |
| 7/13/2004 | Valerie Vanaman | Research and review case law; conference with client; review all correspondence; begin preparation of examinations and documents to be used in examinations | 12.00 | 430.00 | 5,160.00 |
| 7/14/2004 | Valerie Vanaman | Continue preparation for hearing; further case law research; read Exhibits; Internet research re: substantive issues; call with witnesses | 14.00 | 430.00 | 6,020.00 |
| 7/14/2004 | Maria Austin | Research case law for hearing preparation | 1.50 | 130.00 | 195.00 |
| 7/14/2004 | Antonia Perez | Organization and preparation of documents for hearing | 4.00 | 130.00 | 520.00 |
| 7/15/2004 | Valerie Vanaman | Travel and appearance at hearing (9.5); preparation for following day (3.5) | 13.00 | 430.00 | 5,590.00 |
| 7/15/2004 | Henry Tovmassian | Teleconference with Mr. Crook re: research related to Ms. Vanaman's decision on autism and transition services; research re: same | 1.50 | 390.00 | 585.00 |
| 7/15/2004 | Bobbie Westil | Research witnesses | 2.00 | 130.00 | 260.00 |
| 7/15/2004 | George D. Crook | Travel and appearance at hearing | 11.00 | 430.00 | 4,730.00 |
| 7/16/2004 | George D. Crook | Travel and appearance at hearing | 8.00 | 430.00 | 3,440.00 |
| 7/16/2004 | Valerie Vanaman | Travel and appearance at hearing | 9.50 | 430.00 | 4,085.00 |
| 7/16/2004 | Henry Tovmassian | Telephone call from Mr. Crook re: research related to "prompt dependent" services; research re:" same; teleconference with Mr. Crook re: same | 0.60 | 390.00 | 234.00 |
| 7/17/2004 | Antonia Perez | Organization and preparation of documents for hearing | 8.50 | 130.00 | 1,105.00 |
| 7/17/2004 | Valerie Vanaman | Meeting with witnesses; meeting with clients; further review of documents; review prior day testimony | 11.00 | 430.00 | 4,730.00 |
| 7/18/2004 | Valerie Vanaman | Meeting with witnesses | 3.60 | 430.00 | 1,548.00 |

EXHIBIT _____D_____

9

WMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**                                  Page         8

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 7/18/2004 | George D. Crook | Witness preparation with Ms. Vanaman | 3.00 | 430.00 | 1,290.00 |
| 7/19/2004 | Valerie Vanaman | Prepare for hearing | 8.00 | 430.00 | 3,440.00 |
| 7/20/2004 | Valerie Vanaman | Travel and appearance at hearing; preparation for following day | 12.60 | 430.00 | 5,418.00 |
| 7/20/2004 | George D. Crook | Travel and appearance at hearing | 10.00 | 430.00 | 4,300.00 |
| 7/21/2004 | George D. Crook | Appearance at hearing (3.00) and meet with Ms. Vanaman and experts to prepare their testimony (3.50) | 6.50 | 430.00 | 2,795.00 |
| 7/21/2004 | Valerie Vanaman | Travel and appearance at hearing; preparation for following day | 17.00 | 430.00 | 7,310.00 |
| 7/21/2004 | Henry Tovmassian | Telephone call from Mr. Crook re: research on use of document to refresh recollection of witnesses; research re: same; telephone call to Mr. Crook re: same | 0.30 | 390.00 | 117.00 |
| 7/21/2004 | Bobbie Westil | Travel and appearance at hearing | 4.00 | 130.00 | 520.00 |
| 7/22/2004 | Bobbie Westil | Travel and appearance at hearing | 9.00 | 130.00 | 1,170.00 |
| 7/22/2004 | Valerie Vanaman | Travel and appearance at hearing | 13.50 | 430.00 | 5,805.00 |
| 7/22/2004 | George D. Crook | Travel and appearance at hearing | 12.00 | 430.00 | 5,160.00 |
| 7/23/2004 | George D. Crook | Begin brief | 2.00 | 430.00 | 860.00 |
| 7/23/2004 | Valerie Vanaman | Organize materials from hearing in preparation for writing brief | 3.80 | 430.00 | 1,634.00 |
| 7/24/2004 | George D. Crook | Research re: and preparation of post-hearing brief | 7.00 | 430.00 | 3,010.00 |
| 7/26/2004 | George D. Crook | Research re: and preparation of post-hearing brief | 8.00 | 430.00 | 3,440.00 |
| 7/26/2004 | Valerie Vanaman | Review billings to date and work to be done | 2.00 | 430.00 | 860.00 |
| 7/28/2004 | Bobbie Westil | Review of board minutes | 2.50 | 130.00 | 325.00 |
| 7/29/2004 | Valerie Vanaman | Review first draft of Motion of brief; begin factual statement | 5.00 | 430.00 | 2,150.00 |

EXHIBIT _____D_____

VANAMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**

Page    9

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 7/30/2004 | Valerie Vanaman | Work on first draft of factual portion of brief | 4.00 | 430.00 | 1,720.00 |
| 7/31/2004 | George D. Crook | Office conference with Ms. Vanaman and legal research re: post-hearing brief | 2.30 | 430.00 | 989.00 |
| 8/01/2004 | Valerie Vanaman | Continue work on first draft of brief | 9.00 | 430.00 | 3,870.00 |
| 8/02/2004 | Valerie Vanaman | Second draft of portions of brief; reorganize and rewrite factual information | 12.00 | 430.00 | 5,160.00 |
| 8/02/2004 | Monika Zemsky | Review and edit brief | 3.20 | 130.00 | 416.00 |
| 8/03/2004 | Monika Zemsky | Review and edit brief. | 5.30 | 130.00 | 689.00 |
| 8/03/2004 | Valerie Vanaman | Work on third draft of sections of brief; review documents to be cited and reorganize and rewrite | 6.00 | 430.00 | 2,580.00 |
| 8/04/2004 | Valerie Vanaman | Continue revisions of brief | 7.00 | 430.00 | 3,010.00 |
| 8/04/2004 | Bobbie Westil | Research for draft closing brief | 3.50 | 130.00 | 455.00 |
| 8/04/2004 | Monika Zemsky | Review and edit brief. | 7.10 | 130.00 | 923.00 |
| 8/04/2004 | Maria Austin | Research for draft closing brief | 4.30 | 130.00 | 559.00 |
| 8/04/2004 | George D. Crook | Draft brief | 7.00 | 430.00 | 3,010.00 |
| 8/05/2004 | Maria Austin | Research and verification of draft closing brief | 3.50 | 130.00 | 455.00 |
| 8/05/2004 | Monika Zemsky | Review and edit brief. | 6.80 | 130.00 | 884.00 |
| 8/05/2004 | George D. Crook | Draft brief; conferences w/ Ms. Vanaman re: same; research re: expert witnesses | 10.00 | 430.00 | 4,300.00 |
| 8/05/2004 | Bobbie Westil | Preparation | 3.00 | 130.00 | 390.00 |
| 8/05/2004 | Valerie Vanaman | Review, revise, reorganize and prepare brief | 16.00 | 430.00 | 6,880.00 |
| 8/06/2004 | Valerie Vanaman | Prepare final draft | 3.40 | 430.00 | 1,462.00 |
| 8/06/2004 | George D. Crook | Draft brief; research re: expert testimony | 11.00 | 430.00 | 4,730.00 |
| 8/06/2004 | Maria Austin | Research and verificaion of final draft closing brief | 2.70 | 130.00 | 351.00 |
| 8/06/2004 | George D. Crook | Proof-read and edit brief; draft introduction | 2.00 | 430.00 | 860.00 |
| 8/09/2004 | George D. Crook | Receive and review District's post-hearing brief; office conference w/ Ms. Vanaman re: same | 1.00 | 430.00 | 430.00 |

EXHIBIT    D

**NEWMAN AARONSON VANAMAN**

9/07/2005

**Detailed Billing History**                    Page       10

***FOR REVIEW PURPOSES ONLY***

Case Reference: LVUSD v. Howard Berry
Our File #:   BERRY.P04197GDC/VV

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 8/12/2004 | George D. Crook | Letter to Mr. Weatherly re: stay put | 0.30 | 430.00 | 129.00 |
| 8/19/2004 | Maria Austin | Review Respondent's closing brief re: BJ Freeman's testimony | 1.60 | 130.00 | 208.00 |
| 8/19/2004 | Maria Austin | Telephone call to SEHO re: tapes and transcripts from hearing | 0.10 | 130.00 | 13.00 |
| 9/01/2004 | Valerie Vanaman | Review decision; conversation w/ co-counsel re: decision | 1.30 | 430.00 | 559.00 |
| 9/02/2004 | Valerie Vanaman | Telephone calls w/ co-counsel, other attorneys for families and family re: discussion | 1.30 | 430.00 | 559.00 |
| 9/12/2004 | George D. Crook | Prepare petition for appointment of guardian ad litem and begin drafting complaint | 1.00 | 430.00 | 430.00 |
| 9/13/2004 | George D. Crook | Edit complaint and prepare statement of parties; draft letter to Mrs. Berry re: Petition for appointement as Guardian Ad Litem | 1.50 | 430.00 | 645.00 |
| 9/19/2004 | George D. Crook | Edit complain and petition for appointement of Guardian Ad Litem; dictate letter to Mrs. Berry re: same | 0.50 | 430.00 | 215.00 |
| 9/25/2004 | George D. Crook | Research re: stay put issues, including cases cited by Mr. Weatherly; Finalize complain re: appeal, stay put and attorney fees and correspondence to Mrs. Berry re: same | 4.00 | 430.00 | 1,720.00 |
| 11/05/2004 | Valerie Vanaman | Research re: issue for appeal; review new Ninth Circuit Opinion | 1.00 | 430.00 | 430.00 |
| 9/06/2005 | George D. Crook | Prepare fee and expense motion | 6.00 | 430.00 | 2,580.00 |

**Sub-Total**   **$186,045.00**

**Grand Total**   **$203,670.73**

EXHIBIT   _D_

Exhibit E

# WMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**                          Page          1

\*\*\*FOR REVIEW PURPOSES ONLY\*\*\*

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 10/06/2004 | George D. Crook | Fax transmittal sent to Penny Berry | 4.00 | 1.00 | 4.00 |
| 10/14/2004 | George D. Crook | Filing fee for Complaint | 1.00 | 150.00 | 150.00 |
| 10/14/2004 | Valerie Vanaman | Photocopies | 185.00 | 0.15 | 27.75 |
| 11/05/2004 | Valerie Vanaman | Photocopies | 110.00 | 0.15 | 16.50 |
| 11/19/2004 | Valerie Vanaman | Photocopies | 975.00 | 0.15 | 146.25 |
| 12/15/2004 | Valerie Vanaman | Photocopies | 55.00 | 0.15 | 8.25 |
| 12/16/2004 | Valerie Vanaman | Photocopies | 7.00 | 0.15 | 1.05 |
| 12/16/2004 | George D. Crook | Fax transmittal sent to Charles L. Weatherly | 2.00 | 1.00 | 2.00 |
| 1/06/2005 | Valerie Vanaman | Photocopies | 4.00 | 0.15 | 0.60 |
| 1/14/2005 | Valerie Vanaman | Photocopies | 4.00 | 0.15 | 0.60 |
| 2/10/2005 | George D. Crook | Photocopies | 5.00 | 0.15 | 0.75 |
| 2/11/2005 | George D. Crook | Photocopies | 135.00 | 0.15 | 20.25 |
| 2/16/2005 | George D. Crook | Photocopies | 16.00 | 0.15 | 2.40 |
| 2/22/2005 | George D. Crook | Fax transmittal sent to Charles Weatherly | 4.00 | 1.00 | 4.00 |
| 2/22/2005 | George D. Crook | Fax transmittal sent to Charles Weatherly | 3.00 | 1.00 | 3.00 |
| 2/22/2005 | George D. Crook | Fax transmittal sent to Howard Fulfrost | 3.00 | 1.00 | 3.00 |
| 2/23/2005 | George D. Crook | Photocopies | 50.00 | 0.15 | 7.50 |
| 3/01/2005 | George D. Crook | Photocopies | 57.00 | 0.15 | 8.55 |
| 3/02/2005 | George D. Crook | Photocopies | 30.00 | 0.15 | 4.50 |
| 3/03/2005 | George D. Crook | Photocopies | 3.00 | 0.15 | 0.45 |
| 3/14/2005 | George D. Crook | Photocopies | 427.00 | 0.15 | 64.05 |
| 3/15/2005 | George D. Crook | Fax transmittal sent to Dianna Becerra | 6.00 | 1.00 | 6.00 |
| 3/17/2005 | George D. Crook | Fax transmittal sent to Christy Calbos | 8.00 | 1.00 | 8.00 |
| 3/17/2005 | George D. Crook | Fax transmittal sent to Christy Calbos | 9.00 | 1.00 | 9.00 |
| 3/17/2005 | George D. Crook | Fax transmittal sent to Penny Berry | 9.00 | 1.00 | 9.00 |
| 3/18/2005 | George D. Crook | Photocopies | 16.00 | 0.15 | 2.40 |

EXHIBIT _E_

NEWMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**

Page      2

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 6/15/2005 | George D. Crook | Fax transmittal sent to Charles Weatherly | 6.00 | 1.00 | 6.00 |
| 6/15/2005 | George D. Crook | Photocopies | 5.00 | 0.15 | 0.75 |
| 6/15/2005 | George D. Crook | Fax transmittal sent to Howard Fulfrost | 6.00 | 1.00 | 6.00 |
| 6/22/2005 | George D. Crook | Photocopies | 3,086.00 | 0.15 | 462.90 |
| 6/23/2005 | George D. Crook | Photocopies | 7,743.00 | 0.15 | 1,161.45 |
| 6/24/2005 | George D. Crook | Photocopies | 40.00 | 0.15 | 6.00 |
| 7/01/2005 | George D. Crook | Photocopies | 240.00 | 0.15 | 36.00 |
| 7/02/2005 | George D. Crook | Photocopies | 120.00 | 0.15 | 18.00 |
| 7/02/2005 | George D. Crook | Photocopies | 1,756.00 | 0.15 | 263.40 |
| 7/03/2005 | George D. Crook | Photocopies | 1,973.00 | 0.15 | 295.95 |
| 7/04/2005 | George D. Crook | Photocopies | 1,388.00 | 0.15 | 208.20 |
| 7/04/2005 | John W. Chan | Velo Binding | 46.00 | 1.00 | 46.00 |
| 7/05/2005 | George D. Crook | Photocopies | 368.00 | 0.15 | 55.20 |
| 7/07/2005 | George D. Crook | Photocopies | 310.00 | 0.15 | 46.50 |
| 7/07/2005 | George D. Crook | Postage re opening brief served on counsel for District (Lozano Smith) | 1.00 | 3.95 | 3.95 |
| 7/07/2005 | George D. Crook | Postage - opening briefs and supporting documents served on counsel for District (The Weatherly Law Firm) | 1.00 | 5.75 | 5.75 |
| 7/08/2005 | George D. Crook | Photocopies | 155.00 | 0.15 | 23.25 |
| 7/09/2005 | George D. Crook | Photocopies | 200.00 | 0.15 | 30.00 |
| 8/02/2005 | George D. Crook | Photocopies | 145.00 | 0.15 | 21.75 |
| 8/03/2005 | George D. Crook | Photocopies | 80.00 | 0.15 | 12.00 |
| 8/05/2005 | George D. Crook | Photocopies | 27.00 | 0.15 | 4.05 |
| 8/09/2005 | George D. Crook | Photocopies | 422.00 | 0.15 | 63.30 |
| 8/09/2005 | George D. Crook | Fax transmittal sent to Penny Berry | 3.00 | 1.00 | 3.00 |

EXHIBIT _E_

14

9/07/2005

**Detailed Billing History**                                    Page        3

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 8/18/2005 | George D. Crook | Fax transmittal sent to Christy Calbos | 4.00 | 1.00 | 4.00 |
| 9/07/2005 | George D. Crook | Now Messenger Service - delivered to Western Center for Law & Poverty | 1.00 | 24.83 | 24.83 |
| | | | | **Sub-Total** | **$3,318.08** |
| 12/16/2004 | George D. Crook | Correspondence to Mr. Weatherly re: service of process | 0.30 | 430.00 | 129.00 |
| 12/16/2004 | Henry Tovmassian | Review letter from District counsel re: service of summons and complaint | 0.10 | 390.00 | 39.00 |
| 1/24/2005 | George D. Crook | Teleconference with Mr. Tovmassian re: status of stay put motion (.20); review Local Rule 7-3 (.20) and correspondence to Mr. Weatherly re: same (.30); correspondence to Mr. Weatherly regarding SEHO dismissal (.30) | 1.00 | 430.00 | 430.00 |
| 1/25/2005 | George D. Crook | Edit correspondence to Mr. Weatherly | 0.40 | 430.00 | 172.00 |
| 2/01/2005 | Henry Tovmassian | Complete preparation of draft of the Stay Put Motion; prepare e-mai to Mr. Crook re: same | 3.20 | 390.00 | 1,248.00 |
| 2/04/2005 | Henry Tovmassian | Revisions to Motion for Preliminary Judgement; prepare declarations of Mr. Crook and Mrs. Berrry | 2.00 | 390.00 | 780.00 |
| 2/21/2005 | George D. Crook | Teleconference with Mr. Weatherly amd Ms. Calbos re: Rule 26 report and continuance of status conference and stay put motion | 0.70 | 430.00 | 301.00 |
| 2/22/2005 | George D. Crook | Teleconferences with Mr. Weatherly and Ms. Calbos re: Rule 26 report, SEHO dismissal and dates for stay put motion and preparation of draft Rule 26 report and stipulation re: SEHO dismissal | 2.50 | 430.00 | 1,075.00 |
| 2/27/2005 | George D. Crook | Initiate review of hearing transcript | 4.00 | 430.00 | 1,720.00 |
| 2/28/2005 | George D. Crook | Further transcript review | 0.80 | 430.00 | 344.00 |
| 3/07/2005 | George D. Crook | Teleconference with Ms. Calves re: status scheduling conference date, prospective filing dates for summary judegements and emailing stay put opposition (.30); receive and review District's opposition to stay put motion and office conference with Mr. Tovmassian re: same (.80) | 1.10 | 430.00 | 473.00 |
| 3/07/2005 | Henry Tovmassian | Brief review of opposition to motion for preliminary injunction; conference with GDC re: | 0.80 | 390.00 | 312.00 |

**EXHIBIT** _____5_____

15

**Detailed Billing History**                                    Page          4

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| | | same. | | | |
| 3/08/2005 | Henry Tovmassian | Review and analyze opposition to motion for preliminary injuction; research re same; commence preparation of reply; conferences with GDC re same. | 7.50 | 390.00 | 2,925.00 |
| 3/08/2005 | George D. Crook | Office conference with Mr. Tovmassian re: federal case and revise draft scheduling conference report and leave message re: same with Mr. Weatherly | 1.50· | 430.00 | 645.00 |
| 3/10/2005 | Henry Tovmassian | Research re stay put as automatic injunction; continue preparation of reply. | 2.80 | 390.00 | 1,092.00 |
| 3/11/2005 | Henry Tovmassian | Continue research re opposition to stay put motion; continue preparation of reply. | 7.50 | 390.00 | 2,925.00 |
| 3/11/2005 | George D. Crook | Teleconferences with Mr. Weatherly and Ms. Calbos re: Rule 26 report to Court; edit draft report | 1.00 | 430.00 | 430.00 |
| 3/12/2005 | Henry Tovmassian | Continue preparation of draft of reply brief; prepare e-mail to GDC re: same. | 3.50 | 390.00 | 1,365.00 |
| 3/13/2005 | Henry Tovmassian | Revise reply brief; discussions with GDC regarding same. | 2.50 | 390.00 | 975.00 |
| 3/14/2005 | Henry Tovmassian | Finalize and file reply brief; review Rule 26 report; conference with GDC regarding same. | 3.50 | 390.00 | 1,365.00 |
| 3/14/2005 | George D. Crook | Teleconference with Mr. Weatherly and Mr. Fulfrost re: Rule 26 report and make further revisions | 1.20 | 430.00 | 516.00 |
| 3/16/2005 | George D. Crook | Teleconference with court clerk re: ruling on stay put motion and advice opposing counsel of ruling | 0.40 | 430.00 | 172.00 |
| 3/17/2005 | George D. Crook | Receive and review Court's stay put order | 0.30 | 430.00 | 129.00 |
| 3/17/2005 | Henry Tovmassian | Review order granting preliminary injunction; discuss same with GDC. | 0.50 | 390.00 | 195.00 |
| 3/21/2005 | Henry Tovmassian | Prepare for and attend scheduling conference; discussions with GDC re: same. | 3.20 | 390.00 | 1,248.00 |
| 3/21/2005 | George D. Crook | Prepare for and attend Rule 26 conference | 3.20 | 430.00 | 1,376.00 |
| 3/30/2005 | Henry Tovmassian | Review minute order from court regarding breifing schedule. | 0.10 | 390.00 | 39.00 |

EXHIBIT ___E___

NEWMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**

Page   5

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 4/08/2005 | George D. Crook | Office conference with Ms. Vanaman and teleconference with Mrs. Berry re: District's stay put compliance | 0.40 | 430.00 | 172.00 |
| 5/18/2005 | George D. Crook | Review hearing transcript for preparation of motion for summary judgement (hereafter "my" or "brief") | 4.00 | 430.00 | 1,720.00 |
| 5/19/2005 | George D. Crook | Continue review of hearing transcript; teleconferences with Ms. Vanaman re: issues | 5.00 | 430.00 | 2,150.00 |
| 5/20/2005 | George D. Crook | Legal research for msj | 2.50 | 430.00 | 1,075.00 |
| 5/21/2005 | George D. Crook | Legal research for msj focusing on inability to implement IEP | 3.50 | 430.00 | 1,505.00 |
| 5/24/2005 | George D. Crook | Teleconference with Mrs. Berry re: assessment issues | 0.30 | 430.00 | 129.00 |
| 5/25/2005 | George D. Crook | Further research for msj | 1.00 | 430.00 | 430.00 |
| 5/29/2005 | George D. Crook | Further research for msj | 8.00 | 430.00 | 3,440.00 |
| 5/31/2005 | George D. Crook | Further review of evidence at hearing | 2.00 | 430.00 | 860.00 |
| 6/01/2005 | George D. Crook | Further research and preparation of msj | 4.50 | 430.00 | 1,935.00 |
| 6/02/2005 | George D. Crook | Draft msj | 4.00 | 430.00 | 1,720.00 |
| 6/05/2005 | George D. Crook | Prepare msj | 6.00 | 430.00 | 2,580.00 |
| 6/06/2005 | George D. Crook | Prepare brief and further research re: same | 4.00 | 430.00 | 1,720.00 |
| 6/08/2005 | George D. Crook | Prepare brief (1.0) and stipulation re: filing date (.40) | 1.40 | 430.00 | 602.00 |
| 6/08/2005 | George D. Crook | Prepare brief | 2.00 | 430.00 | 860.00 |
| 6/14/2005 | George D. Crook | Prepare brief | 2.00 | 430.00 | 860.00 |
| 6/16/2005 | George D. Crook | Prepare brief | 0.50 | 430.00 | 215.00 |
| 6/17/2005 | George D. Crook | Prepare brief and teleconference with Ms. Calbos re: filing dates | 3.00 | 430.00 | 1,290.00 |
| 6/18/2005 | George D. Crook | Prepare brief | 4.50 | 430.00 | 1,935.00 |
| 6/19/2005 | George D. Crook | Prepare brief | 6.00 | 430.00 | 2,580.00 |

EXHIBIT   E

17

NEWMAN AARONSON VANAMAN

9/07/2005

**Detailed Billing History**                    Page        6

\*\*\*FOR REVIEW PURPOSES ONLY\*\*\*

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 6/20/2005 | John W. Chan | Prepare administrative record for filing. Call court clerk for format. | 4.00 | 130.00 | 520.00 |
| 6/21/2005 | John W. Chan | Prepare administrative record for filing | 4.20 | 130.00 | 546.00 |
| 6/21/2005 | George D. Crook | Prepare msj | 4.00 | 430.00 | 1,720.00 |
| 6/22/2005 | George D. Crook | Prepare msj | 3.50 | 430.00 | 1,505.00 |
| 6/22/2005 | John W. Chan | Prepare administrative record for filing | 4.50 | 130.00 | 585.00 |
| 6/23/2005 | John W. Chan | Prepare administrative record for filing | 3.20 | 130.00 | 416.00 |
| 6/23/2005 | George D. Crook | Draft msj | 6.00 | 430.00 | 2,580.00 |
| 6/30/2005 | George D. Crook | Prepare msj | 5.00 | 430.00 | 2,150.00 |
| 6/30/2005 | Valerie Vanaman | Review and comment on draft of brief | 2.00 | 430.00 | 860.00 |
| 6/30/2005 | Valerie Vanaman | Review and comment on draft of brief | 2.00 | 430.00 | 860.00 |
| 7/01/2005 | Valerie Vanaman | Telephone calls with Mr. Crook re: brief | 0.80 | 430.00 | 344.00 |
| 7/01/2005 | George D. Crook | Prepare msj | 5.00 | 430.00 | 2,150.00 |
| 7/02/2005 | George D. Crook | Prepare msj | 9.50 | 430.00 | 4,085.00 |
| 7/03/2005 | George D. Crook | Prepare msj | 10.00 | 430.00 | 4,300.00 |
| 7/03/2005 | Valerie Vanaman | Review draft of brief and telephone calls with Mr. Crook regarding changes | 1.60 | 430.00 | 688.00 |
| 7/03/2005 | John W. Chan | Organize student and district exhibits; conference with Mr. Crook re: same | 5.40 | 130.00 | 702.00 |
| 7/04/2005 | Valerie Vanaman | Review draft of brief; telephone calls with co-counsel; edit and make suggestions for changes | 7.80 | 430.00 | 3,354.00 |
| 7/04/2005 | John W. Chan | Finalize student and district exhibits; Check cites in opening brief | 7.60 | 130.00 | 988.00 |
| 7/04/2005 | George D. Crook | Prepare brief | 12.00 | 430.00 | 5,160.00 |
| 7/05/2005 | George D. Crook | Finalize and file msj | 8.00 | 430.00 | 3,440.00 |
| 7/05/2005 | John W. Chan | Review opening brief; Final check cites; file same | 7.20 | 130.00 | 936.00 |

EXHIBIT   *E*

**NEWMAN AARONSON VANAMAN**

9/07/2005

**Detailed Billing History**

Page 7

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 7/12/2005 | John W. Chan | Finalize administrative records | 5.00 | 130.00 | 650.00 |
| 7/14/2005 | George D. Crook | Draft reply brief | 2.00 | 430.00 | 860.00 |
| 7/17/2005 | George D. Crook | Draft reply to District's motion for summary judgement opposition (2.50) and research re same yesterday (1.00) | 3.50 | 430.00 | 1,505.00 |
| 7/19/2005 | George D. Crook | Draft motion for summary judegement reply brief | 2.00 | 430.00 | 860.00 |
| 7/22/2005 | John W. Chan | Cite check to preliminary reply to opening brief | 2.10 | 130.00 | 273.00 |
| 7/26/2005 | Valerie Vanaman | Review draft of section of brief | 1.00 | 430.00 | 430.00 |
| 7/27/2005 | George D. Crook | Prepare reply brief | 6.00 | 430.00 | 2,580.00 |
| 7/28/2005 | George D. Crook | Prepare reply brief | 5.00 | 430.00 | 2,150.00 |
| 7/29/2005 | George D. Crook | Prepare reply brief | 5.00 | 430.00 | 2,150.00 |
| 7/29/2005 | Henry Tovmassian | Review draft of opposition to motion for summary judgment; conference with Mr. Crook regarding same. | 0.90 | 390.00 | 351.00 |
| 7/30/2005 | George D. Crook | Prepare reply brief | 5.00 | 430.00 | 2,150.00 |
| 7/31/2005 | George D. Crook | Prepare reply brief | 16.00 | 430.00 | 6,880.00 |
| 8/01/2005 | George D. Crook | Prepare reply brief | 6.50 | 430.00 | 2,795.00 |
| 8/01/2005 | John W. Chan | Research; Cite check plaintiffs reply brief at direction of Mr. Crook | 9.00 | 130.00 | 1,170.00 |
| 8/01/2005 | Valerie Vanaman | Review and comment on draft of brief; telephone calls with co-counsel | 3.00 | 430.00 | 1,290.00 |
| 8/05/2005 | George D. Crook | Research re "parent cooperation" issue begin to prepare opposition to motion to strike Elliot declaration | 2.00 | 430.00 | 860.00 |
| 8/06/2005 | George D. Crook | Prepare opposition to motion to strike Elliott declaration and additional research re adoptive admissions | 6.00 | 430.00 | 2,580.00 |
| 8/07/2005 | George D. Crook | Prepare opposition to motion to strike Elliott declaration; research re Rule 2-100 of Rules of Professional conduct and teleconference with Mr. Kehr re same | 6.50 | 430.00 | 2,795.00 |

EXHIBIT *E*

**N̄ WMAN AARONSON VANAMAN**

9/07/2005

**Detailed Billing History**                                                  Page        8

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 8/08/2005 | Henry Tovmassian | Review evidence re Rule 2-100 issue and conference with Mr. Crook re same | 0.70 | 390.00 | 273.00 |
| 8/08/2005 | George D. Crook | Prepare opposition to Motion to Strike Elliott declaration; further teleconference with Mr. Kehr re Rule 2-100; review Mr. Kehr's draft declaration and office conference re Rule 2-100 issues with Mr. Tovmassian | 8.00 | 430.00 | 3,440.00 |
| 8/08/2005 | Henry Tovmassian | Assist Mr. Crook with preparation of opposition to motion to strike | 3.00 | 390.00 | 1,170.00 |
| 8/09/2005 | George D. Crook | Prepare opposition to motion to strike Elliott declaration | 9.00 | 430.00 | 3,870.00 |
| 8/09/2005 | Valerie Vanaman | Conference with Mr. Crook re: Rule 2-100 issue and opposition to motion to strike generally | 0.50 | 430.00 | 215.00 |
| 8/09/2005 | John W. Chan | Prepare cite check opposition of defendant's motion to strike | 2.00 | 130.00 | 260.00 |
| 8/12/2005 | Natividad Chavira | Review and analyze briefs by Mr. Crook and Mr. Weatherly in preparation for oral argument | 2.00 | 350.00 | 700.00 |
| 8/25/2005 | Valerie Vanaman | Read decision; conference with Mr. Crook and teleconference with Mrs. Berry re same and future of case | 1.00 | 430.00 | 430.00 |
| 8/25/2005 | George D. Crook | Read decision; office conference with Ms. Vanaman re next steps; teleconference with Mrs. Berry re decision | 1.00 | 430.00 | 430.00 |
| 9/06/2005 | John W. Chan | Research decisions / redact Same for fee case | 2.00 | 130.00 | 260.00 |
| 9/07/2005 | George D. Crook | Prepare fee and expense motion | 8.00 | 430.00 | 3,440.00 |

Sub-Total   **$134,904.00**

Grand Total   **$138,222.08**

EXHIBIT   *E*

20

Exhibit F

## DECLARATION OF THOMAS J. NOLAN

I, Thomas J. Nolan, hereby declare and state as follows:

1.  In 1971, I received a B.B.A. from Loyola University, and in 1975 received a J.D. from Loyola University School of Law. While at Loyola University School of Law, I was a member of the Loyola of Los Angeles Law Review, a Teaching Fellow and was on the Dean's List. Throughout law school, I worked full-time for the California Court of Appeals, Second Appellate District, where I served as the deputy clerk for now-deceased California Supreme Court Associate Justice Otto M. Kaus, who was at that time the Presiding Justice of the District Court of Appeal. After receiving my J.D. in 1975, I was admitted to various state and federal Bars in California.

2.  Upon graduation from law school, I was appointed as Assistant United States Attorney for the Central District of California. During my career as a federal prosecutor, I participated in the prosecution of complex economic crimes and other major federal criminal matters involving violations of the federal conspiracy, mail fraud, wire fraud, securities fraud, tax fraud and bank fraud, and successfully tried more than fifteen felony jury trials to verdict. In 1978, I was appointed Chief of the Fraud and Special Prosecutions Unit where I had primary responsibility for the coordination of all major tax, securities and fraud prosecutions within the Central District of California.

3.  I left the employment of the US Attorney's office in October of 1979 and entered private practice. I was a principal of the law firm of Miller & Nolan, as well as a partner in the international law firms of Finley Kumble Wagner, LLP and Jones Day Reavis & Pogue LLP. From 1992 through 2004, I was a Partner at Howrey Simon Arnold & White LLP. In 1995, I was appointed Managing Partner of their Southern California offices and later was appointed Managing Partner of Firm-wide Operations. During this time, I served on the firm's Executive and Policy Committees, and Board of Directors.

4.      Since late 1979, I have been engaged in the private practice of law and have extensive trial experience in state and federal courts.  In the past six years, I have been fortunate to have tried to verdict multiple complex civil litigation matters and have obtained verdicts of more than one billion dollars for my clients.  I am on the Board of Directors of Public Counsel, Uncommon Good, and the Federal Bar Association.  I am a Fellow of the American College of Trial lawyers (admission limited to one percent of the attorneys in the United States) and a Fellow of the International Academy of Trial Lawyers (admission limited to 500 trial attorneys in the United States).  In 2005, I was appointed as an attorney delegate to the Ninth Circuit Judicial Conference.

5.      In 2004, I joined Skadden, Arps, Slate, Meagher & Flom LLP as a Partner and Co-Chair of the West Coast Litigation Practice Group.  As a practicing trial attorney in Los Angeles for 30 years, and as Howrey's previous Managing Partner and as Skadden's Co-Chair of the West Coast Litigation Practice Group, I have routinely reviewed, and continue to review, hourly billing rates and am familiar with the standard hourly rates charged by small, mid-sized and large law firms in Los Angeles, as well as throughout California, and in Washington, D.C., and New York.

6.      The major downtown law firms typically charge hourly rates of $500-$900 or more for senior litigators, $450-$650 for experienced litigators, $175-$450 for first year lawyers, and $90-$250 for paralegals.

7.      I have known Natividad Chavira for more than 7 years.  We met and worked closely together when Nat, as Senior Deputy General Counsel for Unocal and General Counsel for the Diversified Business Group of Unocal, retained me to represent one of Unocal's mining subsidiaries, Molycorp Inc., in a criminal environmental investigation initiated by the San Bernardino County District Attorney's office.  Based on my familiarity with his skills and attainments and with the prevailing rates in the Los Angeles area, it is my opinion that he could easily charge and receive at least $625 per hour in this marketplace.  I would be quite

1  comfortable associating Mr. Chavira as co-counsel with Skadden in those matters
2  where we could utilize his expertise.

3      I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct, and that this declaration was signed
5  by me on September 8, 2005, at Los Angeles, California.

Thomas J. Nolan

Exhibit H

## NEWMAN AARONSON VANAMAN

9/26/2005

**Detailed Billing History**

Page        1

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 10/06/2004 | George D. Crook | Fax transmittal sent to Penny Berry | 4.00 | 1.00 | 4.00 |
| 10/14/2004 | George D. Crook | Filing fee for Complaint | 1.00 | 150.00 | 150.00 |
| 10/14/2004 | Valerie Vanaman | Photocopies | 185.00 | 0.15 | 27.75 |
| 11/05/2004 | Valerie Vanaman | Photocopies | 110.00 | 0.15 | 16.50 |
| 11/19/2004 | Valerie Vanaman | Photocopies | 975.00 | 0.15 | 146.25 |
| 12/15/2004 | Valerie Vanaman | Photocopies | 55.00 | 0.15 | 8.25 |
| 12/16/2004 | Valerie Vanaman | Photocopies | 7.00 | 0.15 | 1.05 |
| 12/16/2004 | George D. Crook | Fax transmittal sent to Charles L. Weatherly | 2.00 | 1.00 | 2.00 |
| 1/06/2005 | Valerie Vanaman | Photocopies | 4.00 | 0.15 | 0.60 |
| 1/14/2005 | Valerie Vanaman | Photocopies | 4.00 | 0.15 | 0.60 |
| 2/10/2005 | George D. Crook | Photocopies | 5.00 | 0.15 | 0.75 |
| 2/11/2005 | George D. Crook | Photocopies | 135.00 | 0.15 | 20.25 |
| 2/16/2005 | George D. Crook | Photocopies | 16.00 | 0.15 | 2.40 |
| 2/22/2005 | George D. Crook | Fax transmittal sent to Charles Weatherly | 4.00 | 1.00 | 4.00 |
| 2/22/2005 | George D. Crook | Fax transmittal sent to Charles Weatherly | 3.00 | 1.00 | 3.00 |
| 2/22/2005 | George D. Crook | Fax transmittal sent to Howard Fulfrost | 3.00 | 1.00 | 3.00 |
| 2/23/2005 | George D. Crook | Photocopies | 50.00 | 0.15 | 7.50 |
| 3/01/2005 | George D. Crook | Photocopies | 57.00 | 0.15 | 8.55 |
| 3/02/2005 | George D. Crook | Photocopies | 30.00 | 0.15 | 4.50 |
| 3/03/2005 | George D. Crook | Photocopies | 3.00 | 0.15 | 0.45 |
| 3/14/2005 | George D. Crook | Photocopies | 427.00 | 0.15 | 64.05 |
| 3/15/2005 | George D. Crook | Fax transmittal sent to Dianna Becerra | 6.00 | 1.00 | 6.00 |
| 3/17/2005 | George D. Crook | Fax transmittal sent to Christy Calbos | 9.00 | 1.00 | 9.00 |
| 3/17/2005 | George D. Crook | Fax transmittal sent to Penny Berry | 9.00 | 1.00 | 9.00 |
| 3/17/2005 | George D. Crook | Fax transmittal sent to Christy Calbos | 8.00 | 1.00 | 8.00 |
| 3/18/2005 | George D. Crook | Photocopies   EXHIBIT ___4___ | 16.00 | 0.15 | 2.40 |

## NEWMAN AARONSON VANAMAN

9/26/2005

**Detailed Billing History**

Page    2

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 6/15/2005 | George D. Crook | Photocopies | 5.00 | 0.15 | 0.75 |
| 6/15/2005 | George D. Crook | Fax transmittal sent to Howard Fulfrost | 6.00 | 1.00 | 6.00 |
| 6/15/2005 | George D. Crook | Fax transmittal sent to Charles Weatherly | 6.00 | 1.00 | 6.00 |
| 6/22/2005 | George D. Crook | Photocopies | 3,086.00 | 0.15 | 462.90 |
| 6/23/2005 | George D. Crook | Photocopies | 7,743.00 | 0.15 | 1,161.45 |
| 6/24/2005 | George D. Crook | Photocopies | 40.00 | 0.15 | 6.00 |
| 7/01/2005 | George D. Crook | Photocopies | 240.00 | 0.15 | 36.00 |
| 7/02/2005 | George D. Crook | Photocopies | 120.00 | 0.15 | 18.00 |
| 7/02/2005 | George D. Crook | Photocopies | 1,756.00 | 0.15 | 263.40 |
| 7/03/2005 | George D. Crook | Photocopies | 1,973.00 | 0.15 | 295.95 |
| 7/04/2005 | George D. Crook | Photocopies | 1,388.00 | 0.15 | 208.20 |
| 7/04/2005 | John W. Chan | Velo Binding | 46.00 | 1.00 | 46.00 |
| 7/05/2005 | George D. Crook | Photocopies | 368.00 | 0.15 | 55.20 |
| 7/07/2005 | George D. Crook | Photocopies | 310.00 | 0.15 | 46.50 |
| 7/07/2005 | George D. Crook | Postage re opening brief served on counsel for District (Lozano Smith) | 1.00 | 3.95 | 3.95 |
| 7/07/2005 | George D. Crook | Postage - opening briefs and supporting documents served on counsel for District (The Weatherly Law Firm) | 1.00 | 5.75 | 5.75 |
| 7/08/2005 | George D. Crook | Photocopies | 155.00 | 0.15 | 23.25 |
| 7/09/2005 | George D. Crook | Photocopies | 200.00 | 0.15 | 30.00 |
| 8/02/2005 | George D. Crook | Photocopies | 145.00 | 0.15 | 21.75 |
| 8/03/2005 | George D. Crook | Photocopies | 80.00 | 0.15 | 12.00 |
| 8/05/2005 | George D. Crook | Photocopies | 27.00 | 0.15 | 4.05 |
| 8/09/2005 | George D. Crook | Fax transmittal sent to Penny Berry | 3.00 | 1.00 | 3.00 |
| 8/09/2005 | George D. Crook | Photocopies | 422.00 | 0.15 | 63.30 |

EXHIBIT    H

# NEWMAN AARONSON VANAMAN

9/26/2005

### Detailed Billing History

Page 3

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 8/18/2005 | George D. Crook | Photocopies | 527.00 | 0.15 | 79.05 |
| 8/18/2005 | George D. Crook | Fax transmittal sent to Christy Calbos | 4.00 | 1.00 | 4.00 |
| 8/25/2005 | George D. Crook | Photocopies | 107.00 | 0.15 | 16.05 |
| 8/26/2005 | George D. Crook | Photocopies | 59.00 | 0.15 | 8.85 |
| 9/07/2005 | George D. Crook | Now Messenger Service - delivered to Western Center for Law & Poverty | 1.00 | 24.83 | 24.83 |
| 9/16/2005 | George D. Crook | Fax transmittal sent to Wendy Jacobs, Esq. | 3.00 | 1.00 | 3.00 |
| | | | | Sub-Total | $3,425.03 |
| 12/16/2004 | George D. Crook | Correspondence to Mr. Weatherly re: service of process | 0.30 | 430.00 | 129.00 |
| 12/16/2004 | Henry Tovmassian | Review letter from District counsel re: service of summons and complaint | 0.10 | 390.00 | 39.00 |
| 1/24/2005 | George D. Crook | Teleconference with Mr. Tovmassian re: status of stay put motion (.20); review Local Rule 7-3 (.20) and correspondence to Mr. Weatherly re: same (.30); correspondence to Mr. Weatherly regarding SEHO dismissal (.30) | 1.00 | 430.00 | 430.00 |
| 1/25/2005 | George D. Crook | Edit correspondence to Mr. Weatherly | 0.40 | 430.00 | 172.00 |
| 2/01/2005 | Henry Tovmassian | Complete preparation of draft of the Stay Put Motion; prepare e-mai to Mr. Crook re: same | 3.20 | 390.00 | 1,248.00 |
| 2/04/2005 | Henry Tovmassian | Revisions to Motion for Preliminary Judgement; prepare declarations of Mr. Crook and Mrs. Berrry | 2.00 | 390.00 | 780.00 |
| 2/21/2005 | George D. Crook | Teleconference with Mr. Weatherly amd Ms. Calbos re: Rule 26 report and continuance of status conference and stay put motion | 0.70 | 430.00 | 301.00 |
| 2/22/2005 | George D. Crook | Teleconferences with Mr. Weatherly and Ms. Calbos re: Rule 26 report, SEHO dismissal and dates for stay put motion and preparation of draft Rule 26 report and stipulation re: SEHO dismissal | 2.50 | 430.00 | 1,075.00 |
| 2/27/2005 | George D. Crook | Initiate review of hearing transcript | 4.00 | 430.00 | 1,720.00 |
| 2/28/2005 | George D. Crook | Further transcript review | 0.80 | 430.00 | 344.00 |
| 3/07/2005 | George D. Crook | Teleconference with Ms. Calves re: status | 1.10 | 430.00 | 473.00 |

EXHIBIT ___H___

# NEWMAN AARONSON VANAMAN

9/26/2005

**Detailed Billing History**

Page     4

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| | | scheduling conference date, prospective filing dates for summary judgements and emailing stay put opposition (.30); receive and review District's opposition to stay put motion and office conference with Mr. Tovmassian re: same (.80) | | | |
| 3/07/2005 | Henry Tovmassian | Brief review of opposition to motion for preliminary injunction; conference with GDC re: same. | 0.80 | 390.00 | 312.00 |
| 3/08/2005 | Henry Tovmassian | Review and analyze opposition to motion for preliminary injuction; research re same; commence preparation of reply; conferences with GDC re same. | 7.50 | 390.00 | 2,925.00 |
| 3/08/2005 | George D. Crook | Office conference with Mr. Tovmassian re: federal case and revise draft scheduling conference report and leave message re: same with Mr. Weatherly | 1.50 | 430.00 | 645.00 |
| 3/10/2005 | Henry Tovmassian | Research re stay put as automatic injunction; continue preparation of reply. | 2.80 | 390.00 | 1,092.00 |
| 3/11/2005 | Henry Tovmassian | Continue research re opposition to stay put motion; continue preparation of reply. | 7.50 | 390.00 | 2,925.00 |
| 3/11/2005 | George D. Crook | Teleconferences with Mr. Weatherly and Ms. Calbos re: Rule 26 report to Court; edit draft report | 1.00 | 430.00 | 430.00 |
| 3/12/2005 | Henry Tovmassian | Continue preparation of draft of reply brief; prepare e-mail to GDC re: same. | 3.50 | 390.00 | 1,365.00 |
| 3/13/2005 | Henry Tovmassian | Revise reply brief; discussions with GDC regarding same. | 2.50 | 390.00 | 975.00 |
| 3/14/2005 | Henry Tovmassian | Finalize and file reply brief; review Rule 26 report; conference with GDC regarding same. | 3.50 | 390.00 | 1,365.00 |
| 3/14/2005 | George D. Crook | Teleconference with Mr. Weatherly and Mr. Fulfrost re: Rule 26 report and make further revisions | 1.20 | 430.00 | 516.00 |
| 3/16/2005 | George D. Crook | Teleconference with court clerk re: ruling on stay put motion and advice opposing counsel of ruling | 0.40 | 430.00 | 172.00 |
| 3/17/2005 | Henry Tovmassian | Review order granting preliminary injunction; discuss same with GDC. | 0.50 | 390.00 | 195.00 |

EXHIBIT ____H____

# NEWMAN AARONSON VANAMAN

9/26/2005

**Detailed Billing History**

Page   5

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:  BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 3/17/2005 | George D. Crook | Receive and review Court's stay put order | 0.30 | 430.00 | 129.00 |
| 3/21/2005 | George D. Crook | Prepare for and attend Rule 26 conference | 3.20 | 430.00 | 1,376.00 |
| 3/21/2005 | Henry Tovmassian | Prepare for and attend scheduling conference; discussions with GDC re: same. | 3.20 | 390.00 | 1,248.00 |
| 3/30/2005 | Henry Tovmassian | Review minute order from court regarding breifing schedule. | 0.10 | 390.00 | 39.00 |
| 4/08/2005 | George D. Crook | Office conference with Ms. Vanaman and teleconference with Mrs. Berry re: District's stay put compliance | 0.40 | 430.00 | 172.00 |
| 5/18/2005 | George D. Crook | Review hearing transcript for preparation of motion for summary judgement (hereafter "my" or "brief") | 4.00 | 430.00 | 1,720.00 |
| 5/19/2005 | George D. Crook | Continue review of hearing transcript; teleconferences with Ms. Vanaman re: issues | 5.00 | 430.00 | 2,150.00 |
| 5/20/2005 | George D. Crook | Legal research for msj | 2.50 | 430.00 | 1,075.00 |
| 5/21/2005 | George D. Crook | Legal research for msj focusing on inability to implement IEP | 3.50 | 430.00 | 1,505.00 |
| 5/24/2005 | George D. Crook | Teleconference with Mrs. Berry re: assessment issues | 0.30 | 430.00 | 129.00 |
| 5/25/2005 | George D. Crook | Further research for msj | 1.00 | 430.00 | 430.00 |
| 5/29/2005 | George D. Crook | Further research for msj | 8.00 | 430.00 | 3,440.00 |
| 5/31/2005 | George D. Crook | Further review of evidence at hearing | 2.00 | 430.00 | 860.00 |
| 6/01/2005 | George D. Crook | Further research and preparation of msj | 4.50 | 430.00 | 1,935.00 |
| 6/02/2005 | George D. Crook | Draft msj | 4.00 | 430.00 | 1,720.00 |
| 6/05/2005 | George D. Crook | Prepare msj | 6.00 | 430.00 | 2,580.00 |
| 6/06/2005 | George D. Crook | Prepare brief and further research re: same | 4.00 | 430.00 | 1,720.00 |
| 6/08/2005 | George D. Crook | Prepare brief (1.0) and stipulation re: filing date (.40) | 1.40 | 430.00 | 602.00 |
| 6/08/2005 | George D. Crook | Prepare brief | 2.00 | 430.00 | 860.00 |
| 6/14/2005 | George D. Crook | Prepare brief | 2.00 | 430.00 | 860.00 |
| 6/16/2005 | George D. Crook | Prepare brief   **EXHIBIT**   _H_ | 0.50 | 430.00 | 215.00 |

28

## NEWMAN AARONSON VANAMAN

9/26/2005

### Detailed Billing History

Page      6

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 6/17/2005 | George D. Crook | Prepare brief and teleconference with Ms. Calbos re: filing dates | 3.00 | 430.00 | 1,290.00 |
| 6/18/2005 | George D. Crook | Prepare brief | 4.50 | 430.00 | 1,935.00 |
| 6/19/2005 | George D. Crook | Prepare brief | 6.00 | 430.00 | 2,580.00 |
| 6/20/2005 | John W. Chan | Prepare administrative record for filing. Call court clerk for format. | 4.00 | 130.00 | 520.00 |
| 6/21/2005 | John W. Chan | Prepare administrative record for filing | 4.20 | 130.00 | 546.00 |
| 6/21/2005 | George D. Crook | Prepare msj | 4.00 | 430.00 | 1,720.00 |
| 6/22/2005 | George D. Crook | Prepare msj | 3.50 | 430.00 | 1,505.00 |
| 6/22/2005 | John W. Chan | Prepare administrative record for filing | 4.50 | 130.00 | 585.00 |
| 6/23/2005 | John W. Chan | Prepare administrative record for filing | 3.20 | 130.00 | 416.00 |
| 6/23/2005 | George D. Crook | Draft msj | 6.00 | 430.00 | 2,580.00 |
| 6/30/2005 | George D. Crook | Prepare msj | 5.00 | 430.00 | 2,150.00 |
| 6/30/2005 | Valerie Vanaman | Review and comment on draft of brief | 2.00 | 430.00 | 860.00 |
| 6/30/2005 | Valerie Vanaman | Review and comment on draft of brief | 2.00 | 430.00 | 860.00 |
| 7/01/2005 | Valerie Vanaman | Telephone calls with Mr. Crook re: brief | 0.80 | 430.00 | 344.00 |
| 7/01/2005 | George D. Crook | Prepare msj | 5.00 | 430.00 | 2,150.00 |
| 7/02/2005 | George D. Crook | Prepare msj | 9.50 | 430.00 | 4,085.00 |
| 7/03/2005 | George D. Crook | Prepare msj | 10.00 | 430.00 | 4,300.00 |
| 7/03/2005 | John W. Chan | Organize student and district exhibits; conference with Mr. Crook re: same | 5.40 | 130.00 | 702.00 |
| 7/03/2005 | Valerie Vanaman | Review draft of brief and telephone calls with Mr. Crook regarding changes | 1.60 | 430.00 | 688.00 |
| 7/04/2005 | Valerie Vanaman | Review draft of brief; telephone calls with co-counsel; edit and make suggestions for changes | 7.80 | 430.00 | 3,354.00 |
| 7/04/2005 | John W. Chan | Finalize student and district exhibits; Check | 7.60 | 130.00 | 988.00 |

**EXHIBIT**   *H*

# NEWMAN AARONSON VANAMAN

9/26/2005

**Detailed Billing History**

Page      7

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| | | cites in opening brief | | | |
| 7/04/2005 | George D. Crook | Prepare brief | 12.00 | 430.00 | 5,160.00 |
| 7/05/2005 | George D. Crook | Finalize and file msj | 8.00 | 430.00 | 3,440.00 |
| 7/05/2005 | John W. Chan | Review opening brief; Final check cites; file same | 7.20 | 130.00 | 936.00 |
| 7/12/2005 | John W. Chan | Finalize administrative records | 5.00 | 130.00 | 650.00 |
| 7/14/2005 | George D. Crook | Draft reply brief | 2.00 | 430.00 | 860.00 |
| 7/17/2005 | George D. Crook | Draft reply to District's motion for summary judgement opposition (2.50) and research re same yesterday (1.00) | 3.50 | 430.00 | 1,505.00 |
| 7/19/2005 | George D. Crook | Research re reply brief | 2.00 | 430.00 | 860.00 |
| 7/19/2005 | George D. Crook | Draft motion for summary judedgement reply brief | 2.00 | 430.00 | 860.00 |
| 7/22/2005 | John W. Chan | Cite check to preliminary reply to opening brief | 2.10 | 130.00 | 273.00 |
| 7/26/2005 | Valerie Vanaman | Review draft of section of brief | 1.00 | 430.00 | 430.00 |
| 7/27/2005 | George D. Crook | Prepare reply brief | 6.00 | 430.00 | 2,580.00 |
| 7/28/2005 | George D. Crook | Prepare reply brief | 5.00 | 430.00 | 2,150.00 |
| 7/29/2005 | George D. Crook | Prepare reply brief | 5.00 | 430.00 | 2,150.00 |
| 7/29/2005 | Henry Tovmassian | Review draft of opposition to motion for summary judgment; conference with Mr. Crook regarding same. | 0.90 | 390.00 | 351.00 |
| 7/30/2005 | George D. Crook | Prepare reply brief | 5.00 | 430.00 | 2,150.00 |
| 7/31/2005 | George D. Crook | Prepare reply brief | 16.00 | 430.00 | 6,880.00 |
| 8/01/2005 | George D. Crook | Prepare reply brief | 6.50 | 430.00 | 2,795.00 |
| 8/01/2005 | John W. Chan | Research; Cite check plaintiffs reply brief at direction of Mr. Crook | 9.00 | 130.00 | 1,170.00 |
| 8/01/2005 | Valerie Vanaman | Review and comment on draft of brief; telephone calls with co-counsel | 3.00 | 430.00 | 1,290.00 |
| 8/05/2005 | George D. Crook | Research re "parent cooperation" issue begin to prepare opposition to motion to strike Elliot declaration | 2.00 | 430.00 | 860.00 |

EXHIBIT _____H_____

## NEWMAN AARONSON VANAMAN

9/26/2005

**Detailed Billing History**

Page      8

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| 8/06/2005 | George D. Crook | Prepare opposition to motion to strike Elliott declaration and additional research re adoptive admissions | 6.00 | 430.00 | 2,580.00 |
| 8/07/2005 | George D. Crook | Prepare opposition to motion to strike Elliott declaration; research re Rule 2-100 of Rules of Professional conduct and teleconference with Mr. Kehr re same | 6.50 | 430.00 | 2,795.00 |
| 8/08/2005 | Henry Tovmassian | Review evidence re Rule 2-100 issue and conference with Mr. Crook re same | 0.70 | 390.00 | 273.00 |
| 8/08/2005 | George D. Crook | Prepare opposition to Motion to Strike Elliott declaration; further teleconference with Mr. Kehr re Rule 2-100; review Mr. Kehr's draft declaration and office conference re Rule 2-100 issues with Mr. Tovmassian | 8.00 | 430.00 | 3,440.00 |
| 8/08/2005 | Henry Tovmassian | Assist Mr. Crook with preparation of opposition to motion to strike | 3.00 | 390.00 | 1,170.00 |
| 8/09/2005 | Valerie Vanaman | Conference with Mr. Crook re: Rule 2-100 issue and opposition to motion to strike generally | 0.50 | 430.00 | 215.00 |
| 8/09/2005 | George D. Crook | Prepare opposition to motion to strike Elliott declaration | 9.00 | 430.00 | 3,870.00 |
| 8/09/2005 | John W. Chan | Prepare cite check opposition of defendant's motion to strike | 2.00 | 130.00 | 260.00 |
| 8/12/2005 | Natividad Chavira | Review and analyze briefs by Mr. Crook and Mr. Weatherly in preparation for oral argument | 2.00 | 400.00 | 800.00 |
| 8/25/2005 | George D. Crook | Read decision; office conference with Ms. Vanaman re next steps; teleconference with Mrs. Berry re decision | 1.00 | 430.00 | 430.00 |
| 8/25/2005 | Valerie Vanaman | Read decision; conference with Mr. Crook and teleconference with Mrs. Berry re same and future of case | 1.00 | 430.00 | 430.00 |
| 9/06/2005 | John W. Chan | Research decisions / redact Same for fee case | 2.00 | 130.00 | 260.00 |
| 9/06/2005 | George D. Crook | Prepare fee and expense motion | 6.00 | 430.00 | 2,580.00 |
| 9/07/2005 | George D. Crook | Prepare fee and expense motion | 8.00 | 430.00 | 3,440.00 |
| 9/08/2005 | Henry Tovmassian | Review, revise and finalize motion for attorneys' fees and costs, and accompanying declarations | 2.20 | 390.00 | 858.00 |

EXHIBIT _H_

NEWMAN AARONSON VANAMAN

9/26/2005

**Detailed Billing History**                                          Page        9

***FOR REVIEW PURPOSES ONLY***

Case Reference: Howard Berry v. Las Virgenes Unified School District
Our File #:   BERRY.P04317GDC

| Date | Staff | Description | Hours/Qty | Rate/Price | Total |
|------|-------|-------------|-----------|------------|-------|
| | | of Henry Tovmassian, Valerie Vanaman, George D. Crook, Natividad Chavira and Carol Sobel; telephone conferences with Ms. Sobel regarding her declaration; telephone conferences with Mr. Crook regarding same. | | | |
| 9/16/2005 | Henry Tovmassian | Research regarding effect of the notice of appeal on the court's ability to rule on the attorneys' fees motion; conference with Mr, Crook regarding same. | 0.50 | 390.00 | 195.00 |
| 9/16/2005 | Henry Tovmassian | Review letter from counsel for the District regarding purported need for a continuance of the attorneys' fees motion; review and revise reply letter; conference with Mr. Crook regarding same. | 0.40 | 390.00 | 156.00 |
| 9/20/2005 | Henry Tovmassian | Review and analyze opposition to motion for attorneys' fees and motion for continuance; telephone conference with Mr. Crook regarding same and reply to same. | 0.70 | 390.00 | 273.00 |
| 9/20/2005 | George D. Crook | Receive and review District's opposition to fee and expense motion | 0.30 | 430.00 | 129.00 |
| 9/23/2005 | George D. Crook | Research  regarding District's argument re lack of prevailing party status | 1.50 | 430.00 | 645.00 |
| 9/25/2005 | George D. Crook | Research regarding District's argument re lack of prevailing party status. | 7.00 | 430.00 | 3,010.00 |
| 9/26/2005 | George D. Crook | Prepare reply to opposition to fee motion | 7.00 | 430.00 | 3,010.00 |
| 9/26/2005 | Henry Tovmassian | Research regarding reply to opposition to motionf for attorneys fees; prepare portions of reply brief addressing request for stay of motion; review and revise entire reply brief; conference with Mr. Crook regarding same. | 6.30 | 390.00 | 2,457.00 |

|  |  |
|--|--|
| **Sub-Total** | **$149,177.00** |
| **Grand Total** | **$152,602.03** |

EXHIBIT _____*H*_____

32

Exhibit I

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.B. by and through his Guardian Ad Litem P.B; P.B., | ) CV 04-08572 FMC (Ssx) |
| Plaintiffs, | ) **ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS** |
| vs. | ) **ORDER DENYING MOTION TO STAY** |
| LAS VIRGENES UNIFIED SCHOOL DISTRICT, ET AL., | ) |
| Defendants. | ) |



This matter is before the Court on Plaintiffs' Motion for Attorney Fees and Costs (docket #37) and Defendant's Motion for Stay (docket #39). The Court has read and considered the moving, opposition, and reply documents submitted in connection with this Motion. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for October 24, 2005, is removed from the Court's calendar. For the reasons and in the manner set forth below, the Court grants Plaintiff's Motion, awarding $327,562.03 in attorney fees and $7,550.76 in costs, and denies Defendant's Motion.

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

1

Exhibit I                                                   33

## I. Background

This action arises under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 - 1487.  A due process hearing was held in compliance with § 1415(f), in which the state hearing officer held in favor of the School District ("the District").  Plaintiffs filed the present action in this Court, and the Court issued a "stay put" preliminary injunction on March 16, 2005.  On administrative review, the Court reversed the decision of the state hearing officer.  The District filed a Notice of Appeal of the Court's order.

## II. Motion to Stay

The District requests that the Court stay its resolution of the Motion for Attorney Fees because the action is presently under appeal.  This Motion is denied.  Rule 4(a)(4)(A)-(B) of the Federal Rules of Appellate Procedure clearly contemplate that the district court will resolve attorney fee motions prior to the appeal being briefed and heard.

## III. Attorney Fees Under the IDEA

The IDEA grants the Court discretion to award reasonable attorney fees and costs to prevailing parties.  20 U.S.C. §1415(i)(3)(B)-(G).  The amount of attorney fees awarded under the IDEA is determined using the lodestar calculation; i.e., the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate. *Hensley v. Eckerhart*, 461 U.S. 424, 433, 103 S.Ct. 1933 (1983); *see also* 20 U.S.C. § 1415(i)(3)(B) (requiring fees under the IDEA to be based on market billing rates).  Courts may not award bonuses and may not use a multiplier when awarding fees

2

Exhibit I                                        34

under the IDEA. 20 U.S.C. § 1415(i)(3)(C)(1). Attorney fees for attendance at an Individualized Education Program ("IEP") team meeting are not compensable. 20 U.S.C. § 1415(i)(3)(D)(ii). The party requesting attorney fees "bears the burden of establishing entitlement to an award and documenting the appropriate hours expended and hourly rates." *Hensley*, 461 U.S. at 437, 103 S.Ct. 1933.

The District contends that Plaintiffs are not "prevailing parties" within the meaning of the IDEA. In order to be considered a prevailing party, a plaintiff must obtain a judicially sanctioned material alteration of the legal relationship of the parties. *Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res.*, 532 U.S. 598, 121 S. Ct. 1835 (2001) (interpreting the Equal Access to Justice Act attorney fee provision, 42 U.S.C. § 1988); *Shapiro v. Paradise Valley Unified School District*, 374 F.3d 857, 865 (9th Cir. 2004) (applying the *Buckhannon* definition of prevailing party to the IDEA attorney fee provision).

The District argues that Plaintiffs did not seek(and therefore was not granted) affirmative relief. The District maintains that, therefore, there has been no material alteration of the legal relationship of the parties. The District's argument places too much emphasis on the form of the relief awarded, and too little emphasis on its substance. In substance, Plaintiffs sought and were awarded two forms of relief: a "stay put" order and an order reversing the hearing officer's decision. Compl. ¶ 16. They were awarded all the relief they sought. As a result, the District was first precluded by the stay put order from changing H.B.'s placement, and was later precluded from relying on the hearing officer's decision to justify a change to H.B.'s placement. The parties' legal relationship was materially altered by both

3

Exhibit I 35

1  forms of relief.

2      The District's argument is that Plaintiff's action did not effectuate

3  affirmative change; rather, it merely preserved the status quo.  This is not a

4  barrier to obtaining prevailing party status.  Relief that merely preserves the

5  status quo may nonetheless render the party seeking relief a prevailing party.

6  *See Richard S. v. Department of Developmental Services*, 317 F.3d 1080, 1088-89

7  (9th Cir. 2003) (holding that the issuance of a preliminary injunction

8  preserving the status quo rendered the party obtaining the injunction a

9  prevailing party); *accord M.C. v. Board of Education of Whitesboro Central*

10 *School District*, No. 97-CV-1533, 1998 WL 951675, at *2 (N.D.N.Y. Sept. 1,

11 1998) (noting that, in an IDEA case that found prevailing party status, "[a]

12 plaintiff may meet the prevailing party standard by merely preserving the

13 status quo, if such was their intent and the result of the proceeding maintains

14 that favorable position."). *Cf. Parents of Student W v. Puyallup School District*,

15 31 F.3d 1489, 1498 (9th Cir. 1994) (noting that prevailing party status is

16 inappropriate where the success obtained was "purely technical or *de*

17 *minimus*" and holding that the plaintiff was not a prevailing party where such

18 status was argued to be based on the hearing officer's acceptance of the

19 timing of an IEP meeting).

20     Plaintiffs are prevailing parties entitled to fees and costs under the

21 IDEA.

22

23                  **IV. Award of Fees and Costs**

24     Here, Plaintiffs seek attorney fees in the amount of $329,282.03, and

25 costs, including expert witness fees, of $19,550.76.

26     The District argues that the attorney fees sought are excessive in light

27

28                               4

Exhibit I                                        36

1   of the results obtained.  The Supreme Court has noted that consideration of

2   this factor is helpful in determining the reasonableness of a fee request.

3   *Hensley v. Eckerhart*, 461 U.S. 424, 434, 103 S. Ct. 1933 (1983).  The Court

4   noted that this factor is "particularly crucial" where a plaintiff prevails on

5   only some of his claims for relief.  Such is not the case here, where Plaintiffs

6   obtained all the relief they sought.[1]  Nevertheless, this factor is a helpful one

7   to consider in all cases.  *Id.*  In this case, Plaintiff obtained all the relief

8   sought, and the results obtained are excellent.

9       The District correctly argued that the time expended in attending the

10   IEP meeting is not compensable under the IDEA.  With the amended billing

11   records submitted with the Reply, the Plaintiff has removed time entries for

12   the IEP meeting.  The award of fees does not include time expended in

13   attending the IEP meeting.

14       The District also argues that Plaintiffs should not be compensated for

15   the expert fees of Robert Kehr, an expert in attorney ethics.  Mr. Kehr was

16   consulted regarding an alleged ex parte communication between counsel for

17   the District and Plaintiffs.  The Plaintiffs have agreed not to seek

18

19   [1] Nor is it significant, as the District contends, that the hearing officer's decision
20   was reversed on procedural rather than substantive grounds.  The District correctly notes
     that the Court's order on administrative review did not address whether the proposed IEP
21   was substantively appropriate under the IDEA.  However, the IDEA contains not only
     substantive requirements, but also imposes complex procedural requirements that must be
22   followed.
23       The District made a similar argument with respect to Plaintiff's status as a
     prevailing party.  *Compare* Opposition at 4:12-21 *with* Opposition at 5:15-22.  It is as
24   unconvincing in this context as it was in connection with the prevailing party analysis.
     The fact that a party may obtain all the relief sought as a result of procedural violations of
25   the IDEA rather than substantive violations does not diminish the extent of that party's
     success.  Accordingly, under the IDEA, success on only procedural grounds does not
26   deprive a party of prevailing party status and does not limit the amount of fees to be
27   awarded.

28                                          5

Exhibit I                                          37

1    compensation for these services.

2         Plaintiffs have also submitted a request for payment of fees paid to two

3    other experts (Sandra Kaler, R.N., Ph.D. ($2,000), and Bodil Sivertsen, Ph.D.

4    ($10,000)).  Plaintiffs acknowledge that there is a split of authority regarding

5    whether expert fees are compensable under the IDEA.  Plaintiff urge the

6    Court to follow *Murphy v. Arlington Central School District Board of Education,*

7    402 F.3d 332, 337-39 (2d Cir. 2005) and hold that such fees are compensable.

8         The Court, however, is persuaded by *T.D. v. LaGrange School District,*

9    349 F.3d 469, 481-82 (7th Cir. 2003).  There, the Court held that expert fees

10   are not compensable under the IDEA.  The Seventh Circuit relied on the

11   Supreme Court case of *West Virginia University Hospitals, Inc. v. Casey,* 499

12   U.S. 83, 111 S. Ct. 1138 (1991), which held that expert fees were not

13   compensable under the Equal Access to Justice Act, 42 U.S.C. § 1988.  That

14   attorney fee provision is, in relevant part, identical to the IDEA attorney fee

15   provision.  *Compare* 42 U.S.C. § 1988(c) (authorizing courts to award to

16   prevailing parties in civil rights cases "a reasonable attorney's fee as part of

17   the costs") *with* 20 U.S.C. § 1415(i)(3)(B) (authorizing courts to award to

18   prevailing parties in IDEA cases "reasonable attorneys' fees as part of the

19   costs").  The Supreme Court held that this language was not a statutory

20   authorization that allowed the shifting of expert witness fees.[2]  Because the

21   statutory language is identical,[3] the Court must follow the Supreme Court's

22

23        [2] Congress later amended § 1988, explicitly stating that expert fees could be awarded
24   as part of attorney fees.  *See* 42 U.S.C. § 1988(c).  No such amendment was made to the
     IDEA attorney fee provision.
25
26        [3] Plaintiffs argue that the legislative history of the IDEA attorney fee provision
     reveals congressional intent to include expert fees as a compensable item.  However, where
27   a statute is unambiguous, the Court may not rely on legislative history and must apply the

28                                            6

Exhibit I                                          38

1   holding in *Casey* and exclude expert fees from the amount sought by

2   Plaintiffs in the present Motion.

3       The Court has reviewed the declarations submitted in support of the

4   hourly rates sought by counsel. The Court finds these rates reasonable in

5   light of the prevailing market and the experience of each of the attorneys

6   who worked on this case. The Court finds the hourly rate for law clerks and

7   paralegals ($130 an hour) to be reasonable as well.

8       Although a number of attorneys worked on this case, the Court does

9   not find any unnecessary duplication of effort. From the billing records, it is

10   clear that two attorneys — George D. Crook and Valerie Vanaman — were

11   the primary attorneys handling this case. Other attorneys had only very

12   minor roles that did not lead to a duplication of effort.

13       The Court has also reviewed the hours expended in connection with

14   this case and finds them reasonable, with one exception. On August 5, 2004,

15   Ms. Vanaman spent sixteen hours working on a brief to be filed with the

16   Court. This amount of time devoted to a brief in one day is excessive. The

17   Court reduces this time to a more reasonable twelve hours.

18       The Court has reviewed the costs incurred in connection with this

19   action and finds that they are reasonable as well.

20

21

22

23

24

---

25   unambiguous language of the statute. *Casey*, 499 U.S. at 98-99. In *Casey*, the Court held

26   that the relevant language is unambiguous. *Id.* at 100. Therefore, the Court is precluded
from referring to legislative history to "expand[] or contract[]" the statute's reach. *See id.* at

27   98.

28                        7

Exhibit I       39

Accordingly, the Court awards the following attorney fees and costs:

|  | Amount Requested: | |
|---|---|---|
| | Fees | $329,282.03 |
| | Costs | $ 19,550.76 |
| Total | | $348,832.79 |
| Less: Expert Fees | | $ -12,000.00 |
| Less: Four-hour | | |
| Reduction | | $ -1,720.00 |
| Total Awarded | | $335,112.79 |

## V. Conclusion

The Court grants the Motion for Fees and Costs (docket #37), and denies the Motion for Stay (docket #39). Plaintiffs are awarded $327,562.03 in attorney fees and $7,550.76 in costs.

Execution of this order is stayed pending resolution of the Defendant's appeal.

Dated:  October 19, 2005

FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT

8

Exhibit I                                             40