1  VALERIE VANAMAN, SBN #42406
   vvanaman@navlaw.net
2  GEORGE D. CROOK, SBN #60889
   latrobonus@gmail.com; gcrook@navlaw.net
3  **NEWMAN.AARONSON.VANAMAN**
   14001 Ventura Boulevard
4  Sherman Oaks, CA 91423
   Tel. (818) 990-7722
5  Fax (818) 501-1306

6  RICHARD M. PEARL, SBN #46351
   rpearl@interx.net
7  **LAW OFFICES OF RICHARD M. PEARL**
   1816 Fifth Street
8  Berkeley, CA 94710
   Tel. (510) 649-0810
9  Fax (510) 548-5074

10 Attorneys for Plaintiffs

11
                    **UNITED STATES DISTRICT COURT**
12
                    **CENTRAL DISTRICT OF CALIFORNIA**
13

14 H.B., by and through his Guardian Ad ) CASE NO. CV 04-8572 CAS (SSx)
   Litem PENNY B.; PENNY B.,          )
15                                     ) **PLAINTIFFS' NOTICE OF**
                         Plaintiffs,   ) **ERRATA**
16                                     )
   vs.                                 )
17                                     )
   LAS VIRGENES UNIFIED                ) Motion Date: September 13, 2010
18 SCHOOL DISTRICT; CALIFORNIA         ) Time:        10:00 a.m.
   SPECIAL EDUCATION HEARING           ) Courtroom:   5
19 OFFICE,                             )
                                       )
20                         Defendants. )
   _____ )
21

22
        On July 20, 2010, Plaintiffs E-filed their Motion for Lifting of Stay and For
23
   Determination of Previously Filed Motion for Attorneys' Fees and Costs.
24
   Accompanying said motion were several declarations including the Declaration of
25
   Richard M. Pearl.  Said declaration is dated and signed.  However, after our office
26
   printed the filed copy of Mr. Pearl's declaration, we noted that for some unknown
27
   ///
28

                                      1
                              **Notice of Errata**

1  reason the date on the declaration had not transferred during the E-filing process.

2  Therefore, we have re-scanned and are filing concurrently herewith another copy

3  of Mr. Pearl's declaration.

4  Dated: July 20, 2010                    Respectfully submitted,

5                                          LAW OFFICES OF RICHARD M. PEARL
                                           Richard M. Pearl
6
                                           NEWMAN AARONSON VANAMAN
7                                          Valerie Vanaman
                                           George D. Crook
8                                          Henry Tovmassian

9
                                           By /s/ Henry Tovmassian
10                                                   Henry Tovmassian

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Errata**